**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ISAW WALEED BLAKE,

      Plaintiff,

v.                                                    CIVIL ACTION NO.  7:23-cv-381

MR. HOLLOWAY, <u>et</u> <u>al.</u>,

      Defendants.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY**

      Defendants Mr. Holloway, Mr. Harold Clarke, R. Boyd, Blackburn, Ms. C. Meade, Ms. Teke Hicks, J. Watts, M. Hagy, Smith, D. Wade, C. Smalling, T. Sagady, Poseno, Poe, Ms. Edwards, J. Johnson, and McBride, by counsel, and pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure*, move this Honorable Court for entry of an Order enlarging the time in which to file a response to the Complaint (ECF No. 1) for the following reasons:

      1.     Plaintiff Isaw Waleed Blake (#1106405), ("Plaintiff"), is a Virginia Department of Corrections ("VDOC") inmate, incarcerated at Wallens Ridge State Prison.

      2.     On October 23, 2023, Plaintiff filed a motion for default judgment due to Defendants' alleged failure to respond to his Complaint (ECF No. 25).

      3.     An Order was entered on October 24, 2023 denying Plaintiff's motion for default judgment, noting that Defendants' responses were due on October 30, 2023 (ECF No. 26).

      4.     On October 24, 2023, Defendants' counsel entered an appearance on behalf of Defendant McBride (ECF. No. 29).

      5.     For judicial efficiency, Defendants request to enlarge the time to file a response or reply to Plaintiff's Complaint until the time for which Defendant McBride's response is due,

1

which is December 5, 2023.

6.      Additionally, Plaintiff has been granted additional time to file an amended complaint, which may require a later response.

7.      The undersigned submits that this motion is made in good faith, is not interposed for the purpose of delay, will work no prejudice to the Plaintiff, and is in the best interests of justice and judicial economy.

Respectfully submitted,

MR. HOLLOWAY; MR. HAROLD CLARKE, R. BOYD, BLACKBURN, MS. C. MEADE, MS. TEKE HICKS, J. WATTS, M. HAGY, SMITH, D. WADE, C. SMALLING, T. SAGADY, POSENO, POE, MS. EDWARDS, J. JOHNSON, MCBRIDE

By: s/ Andrew R. Page
Andrew R. Page, AAG, VSB #80776
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 692-0618
Fax: (804) 786-4239
E-mail:  arpage@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2023, I electronically filed the foregoing Motion for Extension of Time to File Response/Reply using the CM/ECF system which will send notification of such filing to the following:  N/A

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

VADOC Centralized Mail Distribution Center
Isaw Waleed Blake #1106405
3521 Woods Way
State Farm, Virginia 23160

By: s/ Andrew R. Page
Andrew R. Page, AAG, VSB #80776
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 692-0618
Fax: (804) 786-4239
E-mail:  arpage@oag.state.va.us

3