**AMENDED COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

DEC 06 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Ballou
_____
District Judge
(Assigned by Clerk's Office)

Sargent
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. ___7:23-cv-00381___
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>

Isaw Waleed Blake _____ 1106405 _____
Plaintiff Name                                Inmate No.

V.

Sargent T. Joseph (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

Tikki Hicks (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

David A. Lee (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

David Bogle (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

Jeremy S. Remines (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

Justin Salyers (PSCC) 920 Old River Road; Pocahontas, Virginia 24635
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

****************************************************************

A. <u>Where are you now?</u> Name <u>and</u> Address of Facility:

Isaw Waleed Blake, (Wallens Ridge State Prison) 272 Dogwood Drive; Big Stone Gap, Virginia 24219. (WRSP)

# "CONTINUED NAMED DEFENDANTS"

Bobby J. Dye (PSCC) 920 Old River Road; Pocahontas, Virginia 24635

Dusty L. Cline (PSCC) 920 Old River Road; Pocahontas, Virginia 24635

Erwin C. Browning (PSCC) 920 Old River Road; Pocahontas, Virginia 24635

Gordie (PSCC) 920 old River Road; Pocahontas, Virginia 24635

J. Edmonds (PSCC) 920 old River Road; Pocahontas, Virginia 24635

Cody R. McBride (PSCC) 920 old River Road; Pocahontas, Virginia 24635

Senior Special Agent J. Wagner #1241

Assistant Chief J. Lawson #1203

Roger Hylton (PSCC) 920 old River Road; Pocahontas, Virginia 24635

Johnson, H.E., (Institutional Investigator)(PSCC) 920 old River Road; Pocahontas, Virginia 24635

1 of 1

B. Where did this action take place?

(PSCC) Pocahontas State Correctional Center, Pocahontas, Virginia

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

___ Yes   _X_ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_X_ Yes   ___ No

1. If your answer is Yes, indicate the result:

Defendant C. Meade upheld, that Staff did nothing wrong and She upheld Intake Decision; (unfounded).

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 9/13/2022, time approx. 8:40a Justin Salyers assisted in escorted me to RHU from Bravo Pod. Once in RHU Justin Salyers proceeded to assault me in RHU Shower Stall floor.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

On 9/13/2022. J. Edmonds assisted escorting me to RHU and placed me into a Shower Stall floor where he, J. Edmonds proceeded to assault me.

# E.
# "ADDITIONAL SUPPORTING FACTS"

Claim #3 - Jeremy S. Remines is complicit to Excessive use of force by spraying me excessively with his O.C. while I was being Choked;

Claim #4 - Erwin C. Browning assisted escorting me to RHU and also placed me into a shower stall floor and proceeded to assault me, On 9/13/2022;

Claim #5 - David Bogle assisted escorting me to RHU and also placed me into a shower stall floor. David Bogle proceeded to cut off all my clothes, but my under clothes (Boxers) then proceeded to assault me, On 9/13/2022;

Claim #6 - Cody R. McBride assisted escorting me to RHU where he proceeded to assault me on 9/13/2022, in the shower stall floor;

Claim #7 - Dusty L. Cline assisted in proceeding with the assault on/against me while I laid on shower floor, on 9/13/2022;

Claim #8 - Sargent, Joseph T assisted escorting me off the top-tier, then was relieved. When escorted to RHU Sargent proceeded to assault me as I laid on the shower floor, on 9/13/2022;

1 OF 3

Claim #9- Roger Hylton assisted in proceeding with the assault on me while I laid on shower floor, on 9/13/2022,

Claim #10- Bobby J. Dye assisted in proceeding with the assault on me while I laid on shower floor in RHU, on 9/13/2022,

Claim #11- David A. Lee stood in frunt of said shower stall, and watched while David Bogle Kicked/assaulted me, on 9/13/2022,

Claim #12- Tikki Hicks, while housed in RHU came to my cell "One" window and saw my life threatening injuries and EVEN ignored my plea for help and did not help me with by transporting me to Emergency room... instead Ms. Hicks simply shipped me to WRSP, on 9/13/2022. (WRSP) Wallens Ridge State Prison,

Claim #13- Cordie was the Nurse who checked my restraints and injuries and okayed me to be transfered to WRSP instead of emergency room inspite of my plea, on 9/13/2022,

Claim #14- Senior Special Agent J. Wagner #1241, is complisit to said assault by Ommitting inmates in Bravo Pod witness statements intentionally, on 9/13/2022,

Claim #15- Assistant Chief J. Lawson #1203, a Supervisor whom is Complisit to the cover up by failure to therally Supervise / analize his senior agent report against me made on 9/13/2022,

Claim #16 - (Institutional Investigater., PSCC) Johnson, H.E., is Complisit to said assault by Ommitting "inmates in Bravo Pod," "witness statements" intentionally, on 9/13/2022.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Issue an injunction ordering WRSP Medical Staff to: Arrange for a qualified physician to examine my Lower Back, Mind-grain" headaches and reason for short term memory lost." Continued—

G. If this case goes to trial, do you request a trial by jury?   Yes **X**   No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 10/23/2023        SIGNATURE: *Isaac Blake*

VERIFICATION:
I, _____Isaac Waleed Blake_____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 10/23/2023        SIGNATURE: *Isaac Blake*

Updated 9/9/22



N. Thompson
Notary Public
Reg. # 8071591
My Commission Expires 08/31/2027
Commonwealth of Virginia

N. Thompson
10/24/23

## "CONTINUED; RELIEF SEEK FROM THE COURT"

A. Award Compensatory damages in the amount: $100,000

Jointly and Severally against;

1. Defendants, Johnson, H.E.; Tikki Hicks; David A. Lee; David Bogle; Jeremy S. Remines; Justin Salyers; Bobby J. Dye; Dusty L. Cline; Erwin C. Browning; Cordie; J. Edmonds; Cody R. McBride; Roger Hylton; Senior Special Agent., J. Wagner #1241; Assistant Chief, J. Lawson #1203; and Sargent T. Joseph, for the physical and emotional injuries sustained as of a result from kicking, punching, choking and ignoring plaintiffs' life-threatening injuries.

2. $10,000 Jointly and severally against Defendants, David A. Lee; David Bogle; Sargent T. Joseph, for failure to stop or curb the physical abuse sustained by plaintiff.

3. $50,000 Jointly and severally against Defendants, Tikki Hicks; G. Holloway; H.W. Clarke; Johnson, H.E.; Senior Special Agent., J. Wagner #1241; Assistant Chief, J. Lawson #1203; for failure to respond reasonably to plaintiffs serious life-threatening medical need upon notice thereof.

4. $50,000 Jointly and severally against Defendants, Tikki Hicks; and Cordie for failure to provide medical treatment for plaintiff's life-threatening injuries.

5. $10,000 Against Defendant David A. Lee for failure to Adequately train staff at (PSCC) Pocahontas St. Corr. Center.

C. Award punitive damages in the amount: $25,000

Each against;

1. Defendants, David Bogle; Cody R. McBride; Erwin C. Browning; Dusty L. Cline; Bobby J. Dye; Roger Hylton; Jeremy S. Remines; Justin Salyers; Sargent T. Joseph and J. Edmonds for punching, kicking and choking the plaintiff.

2. $10,000 Each against Defendants, David A. Lee; David Bogle; and Sargent T. Joseph for failure to take action to stop or curb the physical abuse against plaintiff.

3. $10,000 Each against Defendants, Tikki Hicks; David A. Lee; Sargent T. Joseph; Senior Special Agent, J. Wagner #1241; Assistant Chief, J. Lawson #1203; Johnson. H.E., for Deliberate Indifference, failure to Intervene.

D. Grant such other relief as it may appear that plaintiff is entitled.

E.     Parties

1. Sargent T. Joseph, a Unit Manager employed for (PSCC), he is sued in both individual and official capacities,

2. Tikki Hicks, a Warden employed for (PSCC), she is sued in both individual and official capacities,

3. David A. Lee, a Major employed for (PSCC), he is sued in both individual and official capacities,

4. David Bogie, a Lt. employed at (PSCC), he is sued in both individual and official capacities,

5. Jeremy S. Remines, a Sgt employed for (PSCC), he is sued in both individual and official capacities,    (Unknown Staff)

6. Justin Salyers, an officer employed for (PSCC), he is sued in both individual and official capacities,    (Unknown Staff)

## "CONTINUED" PARTIES SUED

7. Bobby J. Dye, an officer employed for (PSCC), he is sued in both individual and official capacities,     (Unknown Staff)

8. Dusty L. Cline, an officer employed for (PSCC), he is sued in both individual and official capacities,     (Unknown Staff)

9. Erwin C. Browning, an officer employed for (PSCC), he is sued in both individual and official capacities,     (Unknown Staff)

10. Cordie, a Nurse employed at (PSCC), she/he is sued in both individual and official capacities,

11. J. Edmonds, a Sgt, employed at (PSCC), he is sued in both individual and official capacities,     (Unknown Staff)

12. Cody R. McBride, a "OIT" employed at (PSCC), he is sued in both individual and official capacities,

13. J. Wagner, #1241 Senior Special Agent, he is sued in both individual and official capacities.

3 of 3 (Continued)

## "CONTINUED," PARTES SUED

14. J. Lawson, #1203 Assistant Chief, Special Agent, he is sued in both individual and official capacities,

15. Roger Hylton, an officer employed for (PSCC), he is sued in both individual and official capacities,    (Unknown Staff)

16. Johnson, H.E., an Institutional Investigater employed for (PSCC) he is sued in both individual and official capacities.

F.        TRUE IDENTIES OF DEFENDENTS

1. Please Amend the docket to reflect that J. Watts true identity is David A. Lee,

2. Please Amend the docket to reflect that Wade, D.R., true identity is David Bogle,

3. Please Amend the docket to reflect that defendant Teke Hicks is Spelled, "Tikki Hicks."

## ~ Certificate Of Service ~

I, Isaw Waleed Blake #1106405 do hereby Swear Under penalty of Perjury State that on; 10/24/2023 I did mail a Notarized Copy of Amended Complaint to Parties: United States District Court; Office of the Clerk., 210 Franklin Road.; Room 540, Roanoke, VA 24011.

However the copy of the "Amended Complaint" was not Complete with, "Defendants Sued/Parties Sued," Dated, ~ 10/23/23.

Please admit this Notarized Copied, of Amended ~ Complaint... detailing; Parties Sued, True Identities of Defendants, John Doe's and Unknown Staff Members, Relief Plaintiff Seek from Court, Supporting facts/Statement of Claims, Grievance in regards to facts of Complaint, Location where Action took place and Name and Address for each Named Defendant.

Isaw Waleed Blake #1106405                Date: 10/29/2023
     WRSP
272 Dogwood Drive                         Signature: Isaw Blake
Bigstone Gap, Virginia 24219

Isaw Waleed Blake #1106A
Wallens Ridge State Prison
272 Dogwood Drive
BigStone Gap, Virginia 24219

CERTIFIED MAIL

9589 0710 5270 1234 6430 39

US POSTAGE — PITNEY BOWES
ZIP 24219 $005.22
02 7W
0008027035 NOV 27 2023

United States District Court
Office Of The Clerk.,
210 Franklin Road, SW., Room 540
Roanoke, Virginia 24011

Certified Mail

Certified Mail

Mailed Out: 10/29/2023

24011-220840
Certified Legal Mail