To: Ms. Tamara Neo (A)                         12/12/2023
4035 College Ave Unit 203
Bluefield, Virginia 24605

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

DEC 27 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Re: Enclosed request for a "Lateral Transfer."

Dear Ms. Neo,

        Enclosed you will find evidence of my mail
being tampered with. I am enclosing this documentation
to you so that you may amend these documents into ~
evidence.
I can tell you all day long that I am not safe here at
WRSP. and you may not beleive my word of mouth...
But God forbid that I have to show an Ounce of evidence.
The following documents are as followed to show Preponderance
documentary evidence.
                        "Certified Mail"
1) Exhibit(A) Certificate of Service Application

2) Exhibit: (B) Letters to Warden (Unanswered) Distruction of
Personal Property.

Civil Action No.: 7:23 cv 00381      (For You)

Public Justice Cente
Ms. Debra Gardner or Mr. Netherct
One North Charles Street Suite, 200
Baltimore. MD  21201

To: J. Artrip;  Pozeo, Chap; ~ Attorney~        ~ Director; Mr. Dotson ~
                      Ms. Tamara Nlec        6900 Atmore Drive
                 4035 College Ave #203        Richmand, Va 23225
                    Bluefield, Va 24605

~ I.A., Mr. R.W. Henderson ~  Attorney General ~   United States District Court
   6900 Atmore Drive        Office of Attorney Genl.    Clerk; Of the Court
   Richmond, Va 23225       202 North 9th Street      210 Franklin Road, S.W.
                            Richmond, Virginia 23219   Roanoke, Virginia 24006

From: Isaac Blake #1106405 ~ Case No. 230452 ~ Civil Action No. 7:23cv 00381

Re: Distruction of personal property (T.V., Pictures, Commissary)

Confiscation of legal documents and failure to respond reasonably by

Unit Manager R. Boyd., Warden J. Artrip., and Mr. Pozeg, Chap..

To Proceed:

     For the record; yours and mine, this is my second
request asking Warden J. Artrip to Perserve the Camera Footage
on the 4th day of January, year 2023.
I plan to prove that Unit Manager R. Boyd called me out to the
Counselor's office in order to return my T.V., back to me
on the same day R. Boyd returned everyone elses T.V., that
was Confiscated on 1/4/2023.
Then later I will request through Interrogatories and
request for the production of Documents, Pursuant to
Rules 33 and 34, Fed. R. Civ.P., requesting any and all
grievances, Complaints, or other documents received by / against
prison staff or agents at WRSP / PSCC / ROSP concerning
the mistreatment of personal property on 1/4/2023, that's
when I file my Claim. I will like a replacement T.V.,

Reembersment of Commissary for the damage amount of $23.80., Thank you.

Signature: _Jean Hahn_
Date: 12/5/2023

Signature: _N Thompson_
Date: 12-12-23

N. THOMPSON
NOTARY PUBLIC
REG. # 8071591
MY COMMISSION
EXPIRES
08/31/2027
COMMONWEALTH OF VIRGINIA

Isaw Blake #1106405
Wallens Ridge State Prison
272 Dogwood Drive
Big Stone Gap, Virginia 242

~ Certified Legal Mail ~



CERTIFIED MAIL®

7022 3330 0000 8237 9896

FIRST-CLASS

US POSTAGE PBₘ PITNEY BOWES

ZIP 24219 $ 005.86⁰
02 7W
0008027035 DEC 18 2023

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED
ITEM THEREFORE VA DOC
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

United States District Court
Clerk, Of the Court
210 Franklin Road, S.W., Suite 540
Roanoke, Virginia 24011-2208

~ Certified Legal Mail ~

Received
Mailroom
DEC 18 2023
Wallens Ridge
State Prison