

**VIRGINIA
DEPARTMENT OF CORRECTIONS**

Facility Request 801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Blake, Isaac Waleed_   DOC Number: _1106405_
Housing Unit: _C-1-134-B_   Date: _11/9/2023_
To: _____ or _Mail Room_
    Staff Member Name              Department

Request For:  ☐ Appointment  ☒ Information  ☐ Services  Other: _____

Summary (Please Print):

_For the Month of October would you please forward to me record of 10-29-23 Certified Letter I've mailed out to the following address: United States District Court Western District of Virginia 210 Franklin Road, SW., Suite 540 Roanoke, Virginia 24011-2208_

_Sunday, 29 2023_

_Note: I am not refering to Tracking # 9589-0710-5270-1234-6426-67_

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No    Date _____
Request was rerouted to: _____
Inmate seen ☐ Yes ☐ No
Response: _Attaching List for October + 210 Franklin. October withdrawal & Tracking information_

_K. Chriswell_   _11/14/2023_
Staff Respondent Name   Date of Response



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Facility Request 801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Blake, Isaac Waleed          DOC Number: 1106405

Housing Unit: C-1-134-B           Date: 12/6/2023

To: K. Chrisiohall                or   Mail Room
   Staff Member Name                     Department

Request For: ☐ Appointment  ☐ Information  ☑ Services  Other: _____

Summary (Please Print): In reference to Certified Mail Receipt Number # 9589 0710 5270 1234 6430 39, please forward to me a "Chain of Custody"... I would like to know who signed off on the Certified Mail application and when. Would you please forward to me a copy for my record? Thank you.
~ Copy Of Application ~
NOV 27, 2023, Certified Mail

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No           Date _____
Request was rerouted to: _____
Inmate seen ☐ Yes ☐ No
Response: Attached a copy of the Withdrawal form & Certified Receipt & Tracking log

Received Mailroom
DEC 08 2023
Wallens Ridge State Prison

Staff Respondent Name: K. Chisnlall           Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS           Revision Date: 2/15/22

# POSTAGE WITHDRAWAL REQUEST

Offender Name: Isaw Blake    Offender Number: 1106405    Bldg./Cell: C-1-134-6

**POSTAGE FOR:** (check all that apply)
- [x] Letter or Flat
- [ ] Package
- [ ] Return of unauthorized item
- [ ] Mail Personal Property Package Out
- [x] Certified Mail
- [ ] Return Receipt

SHIP TO: United States District Court
Office Of The Clerk
210 Franklin Road, Room 540
Roanoke, Virginia 24011
Rc 9589 0710 5270 1234 6430 39

I request that the following amount $ 5.22 be deducted from my offender account to pay postage and or insurance on the above item.

I wish for the package or letter to be sent: (ONLY CHECK ONE BOX BELOW)

**Check One Box**

UPS DOES NOT DELIVER TO P.O. BOXES
- [ ] UPS with $100.00 free insurance
- [ ] UPS with more insurance. List the amount that you want the package insured for $____

- [ ] U.S. Mail with no insurance
- [ ] U.S. Mail with insurance. Check the amount of insurance you want
  - [ ] 0.01 – 50.00 – cost $2.20
  - [ ] 50.01 – 100.00 – cost $2.75
  - [ ] 100.01 – 200.00 – cost $3.50
  - [ ] 200.01 – 300.00 – cost 4.60
  - [ ] 300.01 – 400.00 – cost 5.80
  - [ ] 400.01 – 500.00 – cost 7.00
  - [ ] 500.01 – 600 – cost 9.45
  - [ ] 600.01 to 5,000 - $9.45 plus $1.30 for each $100 or fraction over $600.

- [x] Legal Mail Postage – I have no personal funds in my account. Issue loan to cover postage. (Limit up to 40 first class stamps per month; Tort claims may be sent by certified mail only at the offender's expense.)
- [ ] Legal Mail Postage – Please determine appropriate postage and deduct from my offender trust fund account. (Note: Available loans are for legal mail only, you must purchase stamps from the commissary to process regular mail.)

**ALL LEGAL MAIL MUST BE CLEARLY IDENTIFIED AS SUCH ON THE FRONT OF THE ENVELOPE**

Offender Signature: [signed]    Offender Number: 1106405    Date: 10/29/2023
Witness Signature: [signed]    Witness Printed: L.F. Coleman    Date: 10-29-23

**FOR BUSINESS OFFICE USE ONLY**
- [x] Approved
- [ ] Disapproved – Reason ____

Business Office Signature: P. Roberts    Date: 11/28/23

Revised: February 19, 2016

Tracking Number:

# 9589071052701234643039

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:00 am on December 6, 2023 in ROANOKE, VA 24011.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered
Delivered, Left with Individual
ROANOKE, VA 24011
December 6, 2023, 10:00 am

Departed USPS Regional Facility
ROANOKE VA DISTRIBUTION CENTER
December 5, 2023, 8:44 pm

Arrived at USPS Regional Origin Facility
ROANOKE VA DISTRIBUTION CENTER
December 5, 2023, 1:33 pm

In Transit to Next Facility
December 4, 2023

Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
December 2, 2023, 6:43 pm

Departed Post Office
BIG STONE GAP, VA 24219
November 27, 2023, 12:01 pm

USPS in possession of item
BIG STONE GAP, VA 24219
November 27, 2023, 10:16 am

Hide Tracking History