My copy

# Affidavit

I, Isaw Waleed Blake #1106405 Swear, under the penalty of purgery that the information enclosed in this Affidavit is infact true as explained, to the best of my knowledge.

(Incident Occured at Pocahontas State Correctional Center)

To Proceed, On Sept 13, 2022, time approximately 8:40 AM, I was resting in bed Which is when c/o Sagady opened my cell (GP day room B² 229) and Yelled, "Get Cha Ass Up!!"

I woke up, Seen Nurse Edwards along side c/o Sagady, I Slid on my Shower Slides and walked over to Nurse Edwards whom just happens to be Standing right in the door-way. I Spoke to Nurse Edwards, and She took my Temprature then left. c/o Sagady waisted no time to APPROACH me while I Stood in my cell. c/o Sagady unitiated an insault, asking me, "Why Are You Such A Bitch?"

I laughed... Then hunched up my Shoulders and asked c/o Sagady, "What do you want Man?!" After that, c/o Sagady pulled out his Mase (oc) and ordered me onto my knees. But I Refused then asked c/o Sagady, "For What?"

c/o Sagady than Yelled, "Get On Your Fucking Knee's!!!"

I asked c/o Sagady not to Spray me, that I have trouble breathing after Covid I have a heart (How you Spell) Murmur, and (How do you spell) Azmah. c/o Sagady ignored my plea, and instead stated that I have three Second to get on my knee's... I'm afraid, I'm now asking for a Sergeant or Lieutenant. That is when c/o Sagady Assaulted me by Spraying me with Mase after he was informed that I have a pre-conditioned heart problem. (Heart Murmur) c/o Sagady Sprayed me in the eyes and the mouth and nose area.

I was blinded for a while I tried to run out the door away from the Spray that is when the three Officers Ganged up against me, Choking and punching me. c/o Sagady, OIT Poe, OIT McBride O.I.T. (Officers In Training)

I was being Choked and punched by a Mob of Officers for No good reason. At that point I Wanted to give Myself up, So I began to take a knee When c/o Sagady Said to me, "You Fucked Up..." I can't breath. My neck was being Choked by c/o Sagady. I think he was trying to Choke me to death. Because at no point did c/o Sagady allow me to breath.

So I began to force the three Officers off of me. Which is when matters gotten Worst. More Officers Came running in B² Pod. Which is when I seen c/o Pasino and for a Short moment you Could see me trying to explain that I can't breath And at that Moment I would've Cuffed up if only the officers would've Stop Choking me out of breath. c/o Pasino Yelled, "I Don't Give A Fuck"..

Then he Sprayed me and ran up the Stair and placed my neck into another Choke hold, Slammed me to the ground. And as c/o Pasino Squeezed my neck Some one push their Can of Mase to my nose and sprayed it, So that it will make it hard to breath for me... As that went on Officers nelt on my Shoulders upper part of my back around my lungs.

I than went unconcsious. Thought that I'd allow them to kill me...

But thank God when I came to, I realized that I've been HOG TIDE.

I'm now being Carried to SEG. I was thrown into a Shower at SEG where my Clothes were Cut off me... All but my boxers were Cut off me, by Lieutenant Wade. Lt. Wade then allowed a Mob of Officers to beat me while I layed naked hand Cuffed and Shackled on a dirty Shower floor.

I was beaten Very badly in a wet dirty Shower by Officers whom Swore by Oath to protect me. I'm hurt Physically and mentally.

The Officers that I Can recall being involved in this Mob attack are Officers, Sagady, OIT Poe, OIT McBride, Pasino, Lieutenant Wade and Unit Manager Serge/Smith

And I swear under the penalty of purgery that the information Enclosed in this Affidavit is infact true as explained, to the best of my knowledge.

I, Isaw Waleed Blake #1106405 do hereby Submit this Affidavit drafted on this, 30TH day of Sept, 2022.

Isaw Blake #1106405