*Exhibit. 1*

NOT FOR PUBLIC RELEASE

220705 - Pocahontas State Correctional Center

## Supplement #0 Images

09/14/2022 - Original File Name: img967.jpg



Virginia Department of Corrections
**Internal Incident Report**

DOC Location: PSCC Pocahontas State Correctional Center
Report generated by Johnson, H E
Report run on 09/14/2022 at 08:00 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | |
|---|---|---|---|
| IIR-PSCC-2022-000473 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | |
| Reporting Staff: | Sagady, Trent | Title/Shift: | Corrections Officer Senior, B Break, Day |
| Date Reported: | 09/13/2022 | Time: | 02:18 PM |
| Offenders Involved: | 1106405 | Blake, Isaw W | B-2-229-T |

| Staff Involved: | | |
|---|---|---|
| Visitors Involved: | | Others Involved: |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | |
| Location of Incident: | GP Dayroom - B-2 | |
| Gang Related: | No | Confidential: No | PREA: No |

Description of Incident:

On September 13, 2022 at approximately 8:40am, I Officer Sagady was escorting Nurse Edwards for temperature checks in Bravo 2 pod along with OIT Poe and OIT McBride. While conducting the temperature checks, I made multiple announcements for inmates to be up and dressed. When I arrived to cell B2-229 Inmate Blake was lying in bed. I told Inmate Blake to wake up for temperature checks. He replied "Ok Tough Guy" and stood up quickly. I told Blake that I would talk about his problem afterwards in which he replied "No, we will talk about it now", I noticed that Blake was quenching his fist and I stated he needed to calm down. Blake then lunged at me and stated that "He was going to whoop my ass". I then gave Blake a direct order to turn around to be restrained. After multiple ignored commands I then puted out my OC and gave more commands to place his hands behind his back to be restrained in which he ignored. Blake then stated again that he was going to whoop my ass. Due to the aggressive and belligerent behavior of Blake. I was in fear for the safety of myself, the OIT's, and the nurse. I then administered one to one half burst of OC to the target specific area of Inmate Blake. Blake then came towards me and tackled me knocking me on my back. OIT McBride and OIT Poe stepped in and tried to help gain control of Blake. During this time, multiple staff members responded and began using chemical agents from the other side of Blake, Chemical Agents hit me in the face which made me turn away for a few seconds. When I regained vision, I came from behind Blake and assisted him the ground with the least amount of force necessary with the help of multiple staff members. Blake was then restrained. I was then removed from the incident and escorted to medical to be seen by Dr. Lantz and he recommended me go to BRMC Emergency Room. The doctor at BRMC stated that I had a strained muscle in my ankle, 2 abrasions on my neck, and 1 laceration on my left thumb. While at BRMC I was also tested for Hep C and Aids. I then reported back to the institution.

| Notifications: | | | |
|---|---|---|---|
| Name: | | Title: | Date/Time Notified: |

| Approved By: | Bogle, David | Title: | S&I Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Page 1 of 1

NOT FOR PUBLIC RELEASE

## 09/14/2022 - Original File Name: img965.jpg

| Type of Incident: | In-cell restraints (release from restraints should be reported as an Addendum) | Reference attached IIRs: | IIR-PSCC-2022-000460 |
|---|---|---|---|
| | Serious assault on an employee, volunteer, or visitor | | IIR-PSCC-2022-000461 |
| | | | IIR-PSCC-2022-000462 |
| | Use of force, including physical force, electronic devices, chemical agents, canines (Institutions) | | IIR-PSCC-2022-000463 |
| | | | IIR-PSCC-2022-000464 |
| | | | IIR-PSCC-2022-000465 |
| | | | IIR-PSCC-2022-000466 |
| | | | IIR-PSCC-2022-000467 |
| | | | IIR-PSCC-2022-000468 |
| | | | IIR-PSCC-2022-000469 |
| | | | IIR-PSCC-2022-000470 |
| | | | IIR-PSCC-2022-000471 |
| | | | IIR-PSCC-2022-000472 |
| | | | IIR-PSCC-2022-000473 |
| | | | IIR-PSCC-2022-000474 |
| | | | IIR-PSCC-2022-000475 |
| | | | IIR-PSCC-2022-000476 |
| | | | IIR-PSCC-2022-000477 |
| | | | IIR-PSCC-2022-000478 |
| | | | IIR-PSCC-2022-000479 |
| | | | IIR-PSCC-2022-000480 |

| Use of Force: | Chemical Agents | | Date Applied: | Date Out: |
|---|---|---|---|---|
| | Physical | | | |
| Use of Restraints: | Five Point Restraints - Security Staff Ordered | | 09/13/2022 | |

| Location of Incident: | GP Dayroom - B-2 | | | | |
|---|---|---|---|---|---|
| Weapon Used: | No | Type of Weapon: | | | |
| Gang Related: | No | PREA: | No | Videotaped: | None |

Description of Incident:

Synopsis: On 9/13/2022 at approximately 8:40am, inmate on staff assault was announced via radio in Bravo 2 pod. O/C spray was utilized by Officer Sagady (victim) during the incident (Video:PSCC 091322_1106405-1). Upon staff arrival at the location, Inmate I. Blake #1106405 (aggressor) was restrained with wrist and leg restraints and escorted to the RHU shower modules, where he refused decontamination after being asked several times by Lt. D. Bogle. He was then placed in RHU #1 and placed on 15-point restraints.

Narrative: On 9/13/2022 at approximately 8:30am, Officer T. Sagady, OIT McBride, OIT Poe, and Nurse Edwards were conducting temperature checks in B-2 pod. Upon arrival to inmate Blake's cell (B-329) Officer Sagady advised inmate Blake to be properly dressed and come to the door entry for his temperature check. Inmate Blake became instantly hostile, stating to Officer Sagady "who the fuck are you talking to like that?" "I'm getting up." The officer then stated "I was just asking if you were getting up." "I will talk to you after temperature checks in the office." The inmate then stated "no, you will talk to me now." Officer Sagady then advised both OITs and the Nurse to step aside due to the inmate's aggressive behavior. Officer Sagady then advised the inmate that he was just asking if he was going to get up from his bunk and come to the door. Inmate Blake then continued his erratic behavior by cursing at the officer again, stating "I'll beat you, ask right now." The inmate then lunged at Officer Sagady, where Officer Sagady backed up and removed his wrist restraints, advising the inmate several times to turn around to be cuffed. The inmate refused the commands and continued verbally threatening Officer Sagady and approaching him in what was perceived as a threatening manner. Officer Sagady then removed his O/C spray, advising several times for the inmate to turn around to be cuffed. The

Incident Report                                                                 Page 2 of 3

Report run on 09/14/2022 at 07:52 AM

*Exhibit C*

NOT FOR PUBLIC RELEASE

220705 - Pocahontas State Correctional Cente

## 09/14/2022 - Original File Name: img966.jpg

inmate continued to approach Officer Sagady, threatening to "beat his ass". At this point, Officer Sagady administered a ½ to 1 second burst of O/C spray, to the target specific areas of the inmate. The inmate then actively began assaulting Officer Sagady. Officer Sagady announced for assistance on the building channel, which was then relayed on channel one by the control room officer. O/T Poe then immediately responded back to the location to assist Officer Sagady. Officer C. Poseno arrived at the location and gave inmate Blake multiple orders to get on the ground to be restrained, but the inmate refused. Officer Poseno then administered a ½ to 1 second burst to the inmate's target specific areas. Officer Poseno and other staff members who arrived then attempted to gain control and restrain the inmates. Due to the inmates continued refusal to comply with directives by resisting to relinquish his arms. Sgt. Remines utilized O/C spray (½ to 1 second burst) to the target specific areas of inmate Blake.

Once the inmate was restrained, he was escorted to RHU at 8:46am and placed in the shower module for decontamination. Inmate Blake was asked if he wanted to decontaminate approximately five times by Lt. D. Sogle, where the inmate refused each time.

At applicable employees were provided an Employee Treatment Record form for submission.
At approximately 9:02am, inmate Blake was placed in RHU #1 on 5-point restraints (K. Payne-camera. Sgt. J. Remines-upper extremity right wrist, upper extremity left wrist-Sgt. J. Edmonds, lower extremity right leg-Sgt. E. Browning, and lower extremity left leg-D. Cline).
At approximately 9:08am, Nurse Johnson advised that the inmate's vitals were within normal limits.
At approximately 9:15am, the team exited the cell, with no injuries to report.
At approximately 12:45p, a cell extraction team was assembled (Sgt. E. Browning-camera, upper extremity left wrist-J. Salyers, upper extremity right wrist-D. Smith, lower extremity left leg-B. Dye, lower extremity right leg-D. Cline) and entered RHU #1 to remove inmate Black from 5-point restraints, and place him in transportation restraints (footage recorded), consisting of a jumpsuit, transportation shoes, wrist restraints, black box, waist chain, and leg restraints. Nurse Cordle was present on site and confirmed the inmate had normal limitations and was not disclosed of any injuries by the inmate. Inmate Black exited the back of inmate and was placed in security van SV-02 (72-3925), with Officer Whited (driver) and Sgt. Edmonds (driver). DOP armed. Transportation exited the Sallyport, en-route to WRSP at 1:08pm.

### Addendums:

Start Date & Time:     Comments:

### Notifications:

| Name: | | Title: | | Date/Time Notified: |
|-------|--|--------|--|---------------------|
| Lee, David A | | Major | | September 13, 2022 @ 08:40 AM |
| Cobbs, Dennis R | | AW | | September 13, 2022 @ 09:00 AM |
| Hicks, Tika N | | Warden | | September 13, 2022 @ 09:00 AM |
| Maldonado, Luis | | OIU | | September 13, 2022 @ 09:24 AM |
| Reporting Staff: | Bogle, David | Title/Shift: | 582 Lieutenant, B Break Day | |
| Date Reported: | 09/13/2022 | Time: | 10:14 AM | |
| Approved By: | | Title: | | |
| Action Taken: | | Review Date: | | |

- officer O.I.T Poe then immediately responded Back to the location to assist Sagady, T.

Exhibit S

To: Mr. Hathaway, Regional Director. W.S.D.O.    10/08/2023
      5427 Peters Creek Rd. N.W. # 25C
      Roanoke, Virginia 24019                              From: Isaw Waleed Blake #1106405
                                                                          Wallens Ridge State Prison
Mr. Clark, Director. / Mss. E. Allen. I.O.A.                  Post Office Box 759
      6900 Atmore Drive                                          Big Stone Gap, Virginia 24219
      Richmond, Virginia 23226

Re: I am informing you of a Very Serious Mob Attack in which occured against me at Pocahontas State Correctional Center.

Subject Matter: At Pocahontas State Correctional Center (PSCC) around August; I began to Exhaust My Administrative Remedies. I grew tired of being a passive spectator of their (PSCC) Criminal acts that were commited there. (No religious programs, Pork five times out of a week) One evening the Unit Manager Smith called me into his office and asked to withdraw my grievance. I kindly declined. He then stated that either good or bad would come of my actions... Then sent me back to my room. Now my very next grievance I asked for protection from retaliation. Warden Ms. T. Hicks then moved me to B² Pod for my protection. I'm aware Warden Hicks has presided over a Union Characterised by Corruption. Order in the PSCC was largely the preserve of Self-Judge, a surprising Nuanced Form of lynch law. Whereby the Staff of PSCC applied their own Moral Code to offender; regardless or even defiance of the State laws... I was attacked by a Mob of officers, and what the Staff did to me was not Mindless Violence but a process with its own logic and its own principles. Above all, this sometimes brutal Form of corporal punishment is essentially geared towards protecting the interests of the facility. (Exhausting you Administrative Remedies) which threateneds the Survival or Social Order Within the facility are dealt with mostly harsh... I was HOGTIDE then beaten because I did not take a Knee?!

No, this attack was much Larger then that, much more deeper then its core...

Description: ↓   ↓   ↓   ↓   ↓   ↓   ↓

Pursuant to my fathers (Maceo Jones) instruction, I am informing you of a very serious Mob Attack and how I was harmed by a Mob of officers. This document will indicate names of some officers that were involved and a briefe illistration of what took place.

To proceed,

On Sept 13, 2022; Incident occured at Pocahontas State Correctional Center time approximately 8:40 am B² Pod as well as in the Shower at SEG.

RECEIVED
OMBUDSMAN
APR 03 2023

I was resting in bed which is when c/o Sagady opened my door (GP B-229) and Yelled, "Get Cha Ass Up!" And I then woke up. That's when I saw Nurse Edwards standing along side c/o Sagady. I knew that it was Temprature Check so I slid On My SHOWER SLIDES and walked over to Nurse Edwards whom just happens to be standing right in the door-way. I spoke to Nurse Edwards, and she took my Temprature then left. c/o Sagady Waisted no time to Approach me while I stood in my room. c/o Sagady then asked me, "Why Are You Such A Bitch?" I laughed... Then hunched up my Shoulders and asked c/o Sagady, "What do you want Man?". After that, c/o Sagady pulled out his Mase and ordered me onto my Knees. But I refused, then asked, "What For?" c/o Sagady then Yelled, "Get On Your Fucking Knees!!!"

I asked c/o Sagady not to Spray me that I have trouble breathing after Covid I have a heart Mur Mur and Azman. c/o Sagady ignored my plea, and instead Stated, "You got three seconds to get on your Knees..." At this point I'm afraid, I'm now requesting for a Lieutenant or Sargeant. That is when c/o Sagady Assaulted Me by Spraying me With the Mase after he was informed that I have a pre-existing condition heart problem. c/o Sagady Sprayed me in the eyes the Mouth and the nose area. I was blinded for a while. I tried to run out the door away from the Spray by but that's when the three officers Ganged up against me Choking me and punching me.

c/o Sagady, OIT Poe, OIT McBride (Officers In Training) O.I.T

I was being choked and punched by Staff officers for no good reason. At that point I wanted to give myself up! My neck is being Squeesed! I think he was trying to choke me to death! Because at no point did c/o Sagady "allow" me to breath... So I began to force the three officers off of me, with a disparate fight for Air. Which is when Matters gotten worst...

More officers came running into B-2 Pod. Which is When I saw c/o Pasino, and for a short moment you can see me trying to explain that I can't breath. And at that moment I would've "Cuffed up" if only the officers would've Stop Choking me out of breath. c/o Pasino Yelled, "I Don't Give A Fuck!!" Then Sprayed me and ran up the Stairs and placed my neck into another choke hold slammed me to the ground. And as c/o Pasino Squeeze my neck someone push their can of Mase to my nose and Sprayed it... All while I was on the ground, Subdued. I was not fighting Staff, I was fighting for air.



*Exhibits; T*

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: **00008**

### Instructions for Filing:

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

*(Blake, Isaac)*
**Offender Name (Last Name, First)**

# *1106405*
**Offender Number**

*CI-129-T*
**Housing Assignment**

*Strike Force*
**Individuals Involved in Incident:**

*1-4-23*   *10:39 am*
**Date / Time of Incident**

RECEIVED

### Results of the Informal Complaint Process (Select one of the below)

- [ ] *Written Complaint* on this issue attached
- [✓] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

JAN 06 2023

WALLENS RIDGE STATE PRISON

**Explain Your Issue:**   (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 1-4-23, Strike Force Confiscated my 13' Amp.d Flat Screen TV Claiming that one of the numbers on my State property number does not match my State numbr on my face card on my door, therefore my TV is altered. Please Verify the purches Date of the item in question as well as the Authenticy of my State number # 1106405.

                     (See attached receipt
         Order # 20293184
         order Date: 04-08-22
         ID: 1106405

**Suggested Remedy:**   (Identify in the space provided below, the action you want taken)

To have my TV returned to me Please

*Isaac Blake* # 1106405
**Offender Signature**

*1-5-23*
**Date**



Virginia Department of Corrections

## Offender Grievance Response – Level I

*Exhibit: T*

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 02/06/2023 at 12:57 PM

---

**Offender Name:** Blake, Isaw W

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Unfounded

**DOC #**1106405

**Housing:** C-1-134-B

**Grievance Number:** WRSP-23-REG-00008

**Finding Reason:**

---

LEVEL I:     Level 1 Response                                  (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state on 1-4-2023, the strike force confiscated your TV because it had two different state numbers, one did not match the number on your face card. Your suggested remedy is for the purchase date, ID, and order # be verified and the TV returned to you.

**Results of the Informal Process:** You attached the Notification of Confiscation of Property Form to your grievance.

**An Investigation into your complaint Indicates:** You provided proof of purchase for a TV on 4-8-2022. However, property staff determined that the seal on the TV had been tampered with making the TV altered.

**Procedure:** Operating Procedure 802.1 Offender Property governs this issue.

In accordance with the above information, this grievance is **Unfounded.** I find no violation of procedure. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

---

| Level I Respondent Signature *J Artis* | Date 2-6-2023 |
|---|---|

I wish to appeal the Level I response because:

| | |
|---|---|
| Offender Signature | Date |



VIRGINIA
DEPARTMENT OF CORRECTIONS          *Exhibits: T*          Notice of Confiscation of Property  802_F5_10

# Notice of Confiscation of Property

Name: Lhhr           DOC Number: 1106405    Housing: _____

Facility: WRIC                                      Date: _____

The below listed personal property items are unauthorized for your possession and are subject to confiscation as contraband: Please list and describe the unauthorized personal property item(s) confiscated.

TV- filled in a concuw for confiscation

_____

_____

_____

_____

You may appeal the confiscation of your items through the Grievance Procedure or Complaint Procedure for CCAPs.  If you appeal the confiscation, you must submit your grievance or complaint within seven days of receipt of this notice for consideration.  You must also attach this notice to satisfy the informal process and provide evidence of your ownership of the confiscated items.

If staff charged your with a disciplinary offense for the items listed above under the Disciplinary Procedure, and you were convicted of the offense, you must appeal the confiscation of those items through the disciplinary appeal process.

**I received a copy of this notice of confiscation and my right to appeal.**

Inmate/Probationer/Parolee Signature: ✓

Confiscating Staff Member Signature: _____

Second Staff Member Signature if inmate or CCAP probationer/parolee refuses to sign or is not present: _____

Disciplinary Offense Report ☐ was not or ☐ was written   Offense Code: _____   Offense Title: _____

Reporting Officer: _____

**Items for which the offender has established ownership** (List items below and attach any documentation):

| | | | |
|---|---|---|---|
| _____ | ☐ Returned | _____ | ☐ Returned |
| _____ | ☐ Returned | _____ | ☐ Returned |
| _____ | ☐ Returned | _____ | ☐ Returned |

When ownership is established and the item(s) are authorized for your possession, staff will return the items to you. When ownership is established, but the item(s) are not authorized for your possession, you are required to complete a *Property Disposition 802_F4* indicating the method of disposition and must return the completed *Property Disposition* within five days.  If you fail to return a completed *Property Disposition* within five days, staff will confiscate and dispose of the items.

**Please sign below for receipt of *Property Disposition*:**

Inmate/Probationer/Parolee Signature: ✓                  Date: _____

Staff Witness Signature: _____                  Date: _____

Items for which the inmate or CCAP probationer/parolee has ☐ not established ownership ☐ did not appeal confiscation within time limits ☐ refused to designate a method of disposal ☐ left in Storage for more than 30 days
These items have been confiscated and disposed of as follows:

| **Describe Item(s)** | **Method of Disposal** | **Date of Disposal** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

RECEIVED GRIEVANCE DEPT.

**Staff Disposing of Property:**

JAN 0 6 2023

_____      _____      _____
Printed Name                            Signature                         Date

Staff must maintain the original but will provide a copy of this notice to the inmate/probationer/parolee when the property is confiscated and another copy when the items are disposed of indicating disposition of all property items.         WALLENS RIDGE STATE PRISON

VIRGINIA DEPARTMENT OF CORRECTIONS                                *Revision Date:10/26-21*

Exhibit T

Fr: Isaw Waleed Blake 1106405
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

TO: Mss. E. Allen; Internal Affair
Mr. Clarke; VADOC Director
6900 Atmore Drive
Richmond, VA 23226

Governor
Patrick Henry Building 3rd Floor
1111 East Broad Street
Richmond, VA 23219

Lt. Governor
101 North Eighth Street Suite 104
Richmond, VA 23219

Attorney General
202 North Ninth Street
Richmond, VA 23219

Western Regional Office
5427 Peters Creek Road
Roanoke, VA 24019

3/20/2023

~ Memorandum ~

Dear Parties;

My name is Isaw Waleed Blake, a prisoner at Wallens Ridge State Prison, in which I was transfered to from level 3 Pocahontas State Correctional Center after being assaulted by Correctional officers at PSCC. After this assault I was strapped to a bed for hours. Teke Hicks (Warden) J. Watts (Major) Smith (Unit Manager) were all there and they all failed to reasonably respond to My serious Medical needs and the excessive force in which was used on me inorder for me to sustain my life threating injuries. I am holding each and every Agent involved accountable for their involvement a violation of the Eighth Amendment of the united states constitution.

Officer Sagady, I whom is employed at PSCC assaulted me then falsified a disciplinary report in which later lead to disciplinary actions against me. A violation of my due process in violation of the Fourteenth Amendment of the united states constitution. I was denied medical attention / treament after being assaulted and then immediately transfered to WRSP. I've written and forwarded Memorandums to Mss. E. Allen as well as to Mr. W. Clarke and Mr. Holloway as well... informing each party of this assault.

RECEIVED OMBUDSMAN APR 03 2023 SERVICES WESTERN

Exhibit F

I have yet to recieve a response from any one in regards to my well being. I'm really trying to resolve this matter properly. Currently I'm being harrassed by staff and I do not feel safe here at WRSP. Correctional Officer who assaulted me proved to have connections here at WRSP.

Record will show that on 1/4/2023; PSCC officers conducted a shake down here at WRSP where I'm housed. Officer Sagady, I came to my door then told me that "I can't kill you but I'll take all your crap." I later had to grieve to get my TV back. This matter was grieved however, C. Meade claimed that the situation does not harm me personally. I am running out of options at this point.

2/10/2023; I was indicted on more assault charges. I have been assaulted and now retaliated against for Exhausting my administrative remedies at PSCC. I'm reminding you and informing the new parties that I need help in this matter. I am asking that this matter be investigated immediately. I am not safe in this Region. Thank you,

Respectfully Submitted
Isaac Blake 1106405
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

RECEIVED
OMBUDSM.
APR 03 2023
W.R. SERVICE UNIT
REGION

*Exhibit 1*

Both Mail

Western Region Ombudsmen
2313 Plantation Road NE
Roanoke, Virginia 24012

RECEIVED
OMBUDSMAN
MAR 14 2023
WESTERN SERVICE UNIT

RECEIVED
APR 3 2023
WESTERN REGION

Isaac Blake #1106405
Wallens Ridge State Prison
Post Office Box 759
Big Stone Gap, Virginia 24219

Mailed O.J.: 2/10/2023

Exhibit. T

*[Notary seal: B. GIBSON, NOTARY PUBLIC, REG. #7913368, MY COMMISSION EXPIRES 03/31/2025, COMMONWEALTH OF VIRGINIA]*

## Certificate Of Service

I, Isaw Waleed Blake #1106405 do hereby Swear under penalty
of Perjury state that on
I did Mail a Memorandum to parties:

Parties →

Mss. E. Allen; Internal Affair and Governor and Lt. Governor
Mr. Clarke; VADOC Director   and Attorney General
Mr. Holloway; Western, Regional Director

Detailing the Cruel and unusual punishment I was subjected to on
9/13/22 and still Suffering from retaliation 1-4-23
As the above Statements are true and accurate.

Subscribed and Sworn to before
me on: 28 day of March 2023

Notary Signature: B. Cil
My Commission Ends: 3/31/2025

Isaw Waleed Blake
WRSP
272 Dogwood Drive
Bigstone Gap, VA 24219

I certify that the above notary is not a party to this action.

Inmate Signature: Isaw Blake

Exhibit 1

I, Abdulkhabeer Naser Azeez #1182097,
hereby swear under penalty of perjury
that the foregoing is the truth, the whole
truth and nothing but the truth, To the
best of my knowledge.

On or about January 4th, 2023, I was
standing at my cell door (located in C-1
cell C-129 at Wallens Ridge State Prison),
watching the strike force team coming into
the pod (C-1).

Some officers came in and sat down at
the tables, some began to search the pods
day area, while others made rounds
(looking into each cell). It was at this
point that a tall caucasian officer with
short hair and glasses came up on the top
tier looking at the door face cards & looking
into the cells. when he got to my cell
(cell C-129) He looked at me then at the face
cards on the cell's door. As he passed the
cell he turned and yelled while simultaniously
waving his hand in the air (to get someone
attention) and said 129 sargeduy... Here
is Blake's cell, he's in here he added

info

Ex: T

while justering 3 pointing with his thumb.
I was unable to get this officers name
because he wore no name tag.
Upon returning back to our cell. Our
cell was completely destoried. Pictures ripped
up, paper soaked with water, stamps removed
from the protective backing and stuck to the
bottom of the top bunk, food thrown away
and TV's taken for absolutely no reason.
In addition to other things as well. A lot
of which was nothing but spite ; in the
light of Blake's history with these officers.
Done in retaliation.


A. Aneez
A. Azeez #1182097
P.O. Box 759
Big Stone Gap, Va. 24219

June 8th, 2023

2 of 2

Bismillahir Rahmanir Rahim                                    9.11.23

Ms. Neo,

        Just looking at this allege indictment that I was charged with.
Ms. Neo, Whats going on? And what am I being charged with?
The Sentencing Guidelines (Cover Sheet) explains that I'm charged
with "Simple Assault of Law Enforcement" offense Code § 18.2-57(c)
However my allege Indictment states that I'm in violation of two
offenses (18.2-57; 18.2-10). This is not a True Bill.
I need you to attact this indictment.
Further,
Ms. Neo as to the inconsistent statements our record reveals
Nurse D. Edwards claim to have heard my verbal belligerent
threats towards officer Sagady, T; however she can't be ~~sure~~ too sure
as to what I said being she switches her statements at least 3
times.
The officers in training, O.I.T McBride and O.I.T. Poe Statements
also has inconsistences. I'm not sure who was who however
one O.I.T walked with the Nurse whom was walking really fast
and the other O.I.T was lagging behind almost three doors
talking so No One can say that they truely heard what was said
to any one unless their being ~~they~~ coached.
Ms. Neo, the times of the event are not matching up. Also, I would like
all paper work stating from the Arrangement up until now.
These people are working together in order to convict me on

these bow charges. And it is becoming clear to me. Now my question to you is are you here to help me or further harm me? Either way I will not fall victim to the Courts a second time Ms. Neo. So please help me.

I will like to know your method of defense so please Schedule a Conforance Call or another visit with me some-time Soon. Again, Pocahontas has about 8 Camera's in B2 Pod. However we were only provided 2 angles?

Request for the other 6 Footages, Footage of the shower in the Seg-unit, Footage of the Boulevored (The distance I was carried) Footage outside B2 Pod "Sally Port" (shows further assault-Punching) also I would like to know who did S.A. Wagner interview outside of "State" at Pocahontas in this investigation because you on had two Audio interviews when the Entire B2 Pod witnessed my assault... Also Ms. Neo, request the Footage of Cell-One-in Seg where I was placed into 5 point restraints. While I was restrained inside the Cell it shows Ms. Teke Hicks was well aware of my very "serious injurys" and did nothing when I asked her for help. Pleaded for help.

Please respond when you get this, by Contacting my Parents Ms Jones on Mr. Jones at (330) 775-4784 or (330) 556-2876

Yours Truely,

Waleed

MICHAEL A. MARTIN
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7884318
My Commission Expires April 30, 2024

7-12-23

To:

Ms. Tamara Neo (A)
4035 College Ave Unit 203
Bluefield, Virginia 24605

11/8/23

Re: Enclosed request for a "Lateral Transfer."

Dear Ms. Neo:

First of all, I am a little concerned having not spoken with you
in a number of months. I pray that youre strong and healthy...
You have not written me back after my few attempts to contact
you by Via Mail (10/1/23, 10/15/23, 10/24/23) However,
I'll give the benifit of doubt, giving the recent/continued
retaliation on my court documents and T.V., (T.V., is broken).

10/30/23, approx 1:34p Sgt. McCray, Officer Barnet, John Doe Officer
and Lt. Akaterman all search my cell. Officer Barnet picked up my
working T.V., and dropped my T.V., onto the table in the cell...
and stated "Oh well it should still work".
Sgt. McCray laughed. I asked Sgt. McCray if she would see if the T.V.,
still fully functioned. Sgt. McCray stated that my T.V., is fine.

Officer Barnet and John Doe Officer both acted together to trash
my cell, distroy my T.V., and upon leaving my cell confiscating my
legal documents by throwing my Manella Envelope onto the floor
by the door... Then Sgt. McCray kicked every thing out the cell.

I explained to Officer Barnet when he through my legal mail
in the trash that it was privieged mail.
Officer Barnet told me that it is now contraband because of
the stains that it contains. I then explained that it is
coffee! Officer Barnet and John Doe exited my Cell.
I was allowed to enter my Cell. Which is when I
discovered; My Written complaints, Copies of my list
Motions for my 1983 complaints, my "original complaint,"
and other court documents was through in the middle of
the floor; Scattered/mixed-in with my Cellmates legal doc's
in which was littered with food and milk!
Ms. Neo, my photo's were damaged!

How much more should I have to endure before you realise that
I am in immediate danger as long as I am in this region.
I do not belong on a level 5 max being I am innocent of
the alleged Assault I am charged with; however,
I am requesting to be Lateral Transfered to Sussex
from Wallens Ridge State Prison... Red Onion is not a option
being that Officer's from Red Onion is responsible for
the harrassment and the taking of my T.V., along with
Officer Sagady, T., on 1-4-23.

I am currently ~~Exhausting~~ Exhausting my Administrative Remedies
right now on this very matter; 10/30/2023.

Ms. Neo  I written to you requesting a visit or
a responce to my letters. I pray that you are getting
them on time or at all. 10/1., 10/15., and 10/24/2023.

I've spoken to my Counselor Mr. Thompson.
And he asked me to inform you to Call and ask for
Him (Mr. Thompson) to request for a Lateral to
another Level 5 which will be Sussex. ...

Ms. Neo, Staff's actions have successfully set me
back/infact Chilled my exercise of my first ~
Amendment rights. It's Clear that Staff in this
region, adverse action is aim to chill my protected
Conduct.

At our visit you mentioned that you do not want
to travel too far in order to visit me...
Well, I'm placing my safety first Ms. Neo., please
follow up after reading this scribe, with a phone~
Call and or letter to my Counselor Mr. Thompson ₃
Warden J. Artrip requesting a Lateral to Sussex
please and thank you.

From ;  I saw Blake #1106405          Date: 11/3/2023
        WRSP                          Date: 11/9/2023
        272 Dogwood Drive            Signature: Isaw Blake
        Bigstone Gap, VA 24219       Signature: A Tzp

Exhibit. 2

To: Ms. Tamara Neo (A)                    12/12/2023

4035 College Ave Unit 203

Bluefield, Virginia 24605


Re: Enclosed request for a "Lateral Transfer."


Dear Ms. Neo,


        Enclosed you will find evidence of my mail
being tampered with. I am enclosing this documentation
to you so that you may amend these documents into
evidence.
I can tell you all day long that I am not safe here at
WRSP and you may not believe my word of mouth...
But God forbid that I have to show an Ounce of evidence.
The following documents are as followed to show Preponderance
documentary evidence.

1) Exhibit (A) Certificate of Service Application

2) Exhibit (B) Letters to Warden (Unanswered) Distruction of
Personal Property.

Civil Action No.: 7:23 cv 00381   (for You)



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Facility Request** 801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Blake, Isaw Waleed_   DOC Number: _1106405_

Housing Unit _C-1-134-B_   Date: _11/9/2023_

To: _____ or _Mail Room_
   Staff Member Name          Department

Request For: ☐ Appointment  ☒ Information  ☐ Services   Other: _____

Summary (Please Print):

_For the Month of October would you please forward to me_
_record of every Certified Letter I've mailed out_
_to the following address: United States District Court_
_Western District of Virginia_
_Sunday, 29 2023     210 Franklin Road, SW., Suite 540_
_Roanoke, Virginia 24011-2208_
_Note: I am not referring to Tracking # 9589-0710-5270-1234-6426-67_

**Do not attach additional pages and do not write below this line**

## Facility Response

Request sent to correct department ☐ Yes ☐ No   Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response:
_Attaching List for October +_
_210 Franklin October withdrawal &_
_Tracking information_

_K Chisnell_                    _11/14/2023_
Staff Respondent Name             Date of Response