Isaiw Blake #1106405
Wallens Ridge State Prison
272 Dogwood Drive
Big Stone Gap, Virginia 24219

Legal Mail

United States District Court
Office Of The Clerk
210 Franklin Road, Room 540
Roanoke Virginia, 24011

Legal Mail

Mailed out: 12/27/23   1 of 4

Certified Legal Mail        1 of 4

Isaw Blake #1106405
Wallens Ridge State Prison
272 Dogwood Drive
Big Stone Gap, Virginia 24219

Legal Mail

United States District Court
Office Of The Clerk
210 Franklin Road, Room 540
Roanoke, Virginia 24011

2 of 2

Certified Legal Mail

2 of 2

Legal Mail

Isaw Blake # 1106405
Wallens Ridge State Prison
272 Dogwood Drive
Big Stone Gap, Virginia 24219

United States District Court
Office Of The Clerk
210 Franklin Road., Room 540
Roanoke, Virginia  24011

Legal Mail

Legal Mail

3 of 4

Certified Legal Mail

3 of 4

I Blake  1106405

WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP VA 24219

United
Office
210 Fra
Roanoke

Place Motion in Front




States District Court
of the Clerk
...klin Rd Rm 540
... VA 24011

of the Stack