Case Number: __PSCC-2022-1151__ Offender Name: __Blake, Isaw W__ DOC #: __1106405__ Housing: __B-2-229T__

Facility: __Pocahontas State Correctional Center__ Reference: _____

Offense Code: __105A__ Offense Title: __Aggravated Assault Upon a Non-Offender__

Offense Date: __09/13/2022__ Approximate Time: __8:40 AM__ Location: __GP Dayroom - B-2__ Investigation Complete: _____

## PENALTY OFFER

The available evidence for this case has been reviewed and you are being offered the following penalty:

Penalty : __4a - Fine up to $15 - Imposed Value: 8 Dollars__

Suspended for (if applicable):

| X | For the charge of: | Offense Title: | __105A - Aggravated Assault Upon a Non-Offender__ |
| | For the Lesser | Offense Title: | |
| | Included Offense of: | | |

Staff Signature: _[signature]_ Date: __09/14/2022__ Time: __10:13 AM__

Print Name: __Wade, D R__ Title: __Lieutenant__

## CONDITIONS OF PENALTY OFFER

1) __ACCEPT__ — By accepting, I understand I will be pleading guilty to the offense specified in the offer and accept the penalty indicated above and will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me. I understand that accepting the Penalty Offer is final, and once I have accepted my Penalty Offer, any appeal of this offense will be limited to a determination of (a) whether there was a guilty plea; (b) whether there was an acceptance of a Penalty Offer; or (c) whether there was any serious procedural error. No other reason for an appeal will be considered.

2) __DECLINE__ — If I decline the Penalty Offer, I will be afforded a Disciplinary Hearing. I will have the right to enter a not guilty plea at the hearing, and this Penalty Offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.

3) __24 HOURS TO DECIDE__ — — I understand that I have 24 hours from the date that the charge is served to accept this offer, and I will be provided the opportunity to consult with an advisor, upon request. Any staff member, other than the Hearings Officer, can witness the decision. If I fail to make a decision in 24 hours, I understand that I will be scheduled for a formal Disciplinary Hearing and will not have the option to accept the Penalty Offer prior to the hearing.

## DECISION AT TIME OF SERVICE

| | I ACCEPT the Penalty Offer . |
| | I DECLINE the Penalty Offer. I understand that I will be scheduled for a Disciplinary Hearing. |
| | I DEFER my decision. I understand that I have 24 hours from the time of service to communicate my intention to accept the Penalty Offer. |

By signing below, I acknowledge that I have been advised of my rights:

Offender Signature: _Refuse to sign_ Print Name: _Refuse to sign_ Date: _____ Time: _____

Staff Signature: _Sgt Cu_ Print Name: _Sgt Deu?_ Date: _9-14-72_ Time: _4:40pm_

IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL: _[signature]_

## OFFENDER DECISION WITHIN 24 HOURS OF SERVICE

| | I ACCEPT the Penalty Offer. NOTE: Offender can have any staff member witness this decision and forward the offender's signed copy to the Hearings Officer within 24 hours from the time of service of the Disciplinary Offense Report and Penalty Offer. |

Offender Signature: _____ Print Name: _____ Date: _____ Time: _____

Staff Signature: _____ Print Name: _____ Date: _____ Time: _____

Exhibit: A-12

Virginia Department of Corrections

# Notice of Postponement Report

DOC Location: PSCC Pocahontas State Correctional Center

Report generated by Hagy, M

Report run on 09/21/2022 at 02:51 PM

---

Case #: PSCC-2022-1151

Current Housing #: B-2-229-T.

Offender Name: Blake, Isaw W

DOC #: 1106405

Offense Code: 105A

Offense Title: Aggravated Assault Upon a Non-Offender (Feb 17 2016 - Dec 31 9999)

Offense Date: 09/13/2022

Reporting Officer: Sagady, T

Title: Correctional Officer

---

**NOTICE OF POSTPONEMENT:** (revised hearing date)

This is to inform you that your Disciplinary Hearing for the above listed offense has been rescheduled for: (The hearing is still within the authorized timeframe.)

Date: 09/30/2022

Offender's Signature: _[signature]_  Date: 9-22-22  Time: 10:15 A

Notice Served By: _[signature]_  Date: 9-22-22  Time: 10:15 A

**Original to Hearings Officer – Copy to Offender**

Exhibit: A-12

Exhibit A-13

*Virginia:*

# IN THE CIRCUIT COURT OF TAZEWELL COUNTY
## GRAND JURY INDICTMENT

COPY

| | |
|---|---|
| **THE COMMONWEALTH OF VIRGINIA** | **ASSAULT/BATTERY OF LAW ENFORCEMENT OFFICER** |
| **v.** | |
| **ISAW WALEED BLAKE** | |
| **DOB:** 08/09/1982 **SOCIAL SECURITY #:** 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 | |

THE GRAND JURORS OF THE COMMONWEALTH OF VIRGINIA, in and for the body of the County of Tazewell, and now attending the said Court, upon their oaths, present that, in the County of Tazewell, the accused,

## Isaw Waleed Blake

### Count 1: Assault/Battery of Law Enforcement Officer  22-1400

On or about September 13, 2022, did unlawfully and feloniously commit an assault or an assault and battery against Corrections Officer Trent Sagady, knowing or having reason to know that such person was a law enforcement officer engaged in the performance of his or her public duties, in violation of §§ 18.2-57; 18.2-10 of the Code of Virginia (1950) as amended.

VCC: ASL-1342-F6

---

**GRAND JURY DATE:** November 29, 2022 at 9:00 AM

**WITNESS:**   Inv. Harvey Johnson
Virginia Department of Corrections, Pocahontas, VA

**A TRUE BILL** *Donna Datson*
**FOREMAN**

**NOT A TRUE BILL**_____
**FOREMAN**

*Exhibit A-12*



**Pocahontas State Correctional Center**

Investigative Report

317 Old Mountain Road Pocahontas, VA 24605

| Special Investigations Unit (US/Eastern) | ORI | County Tazewell County | Venue Tazewell | Report # 220705 |
|---|---|---|---|---|
| | Report Date / Time 09/14/2022 11:10 Hrs | Occurrence Date / Time 09/13/2022 08:40 Hrs | | File Class 2328 |

### NOT FOR PUBLIC RELEASE

| Incident Report Type(s) / Nature of Incident Assault Simple | Supplements Approved Report (1) |
|---|---|

**Summary**

Inmate Isaw Blake, #1106405 assaulted Corrections Officer Trent Sagady.

**Is this an allegation against a DOC employee or a Contract employee?**

No

### Incident Location

| Address 317 Old Mountain Road | City Bluefield | State Virginia | ZIP 24605 | Country United States of America |
|---|---|---|---|---|
| County: Tazewell County | Township of Occurrence | | Clery Location | |
| Latitude 37.301990 | Longitude -81.359673 | Beat | Sub-Beat | |

### Incident Offenses

| Supp # 0 | Offense 2328 - 18.2-51.1 : Assault: Unlawful Injury To Law Enf/Fire/Emerg : F : | | Status Open/Pending | Status Date 09/13/2022 08:40 Hrs |
|---|---|---|---|---|
| Attempted / Completed Completed | Weapons Used Personal Weapons (Hands, Feet, Etc) | | | |
| How Left Scene | | | | |
| Type Security 2 | | | | |
| Type Security 1 | | | | |

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Approving | Assistant Chief J. Lawson (#1203) | SIU West | 0 |
| Reporting | Senior Special Agent J. Wagner (#1241) | SIU West | 0 |

### Incident People

| Roles Subject | | Supp # 0 | | |
|---|---|---|---|---|
| Name BLAKE, ISAW (Primary Name) | | Title INM | Date of Birth 08/09/1982 | |
| Race Black or African American | Sex M | Age at Occurrence 40 Years Old | DL # | |
| Roles Victim | | Supp # 0 | | |
| Name SAGADY, TRENT (Primary Name) | | Title CO2 | Date of Birth 11/12/2001 | |

Exhibit A 13

NOT FOR PUBLIC RELEASE                    **220705 - Pocahontas State Correctional Center**

| Race | Sex | Age at Occurrence | DL # |
|------|-----|-------------------|------|
| White | M | 20 Years Old | |

| Injuries |
|----------|
| Apparent Minor Injury |

NOT FOR PUBLIC RELEASE                                    220705 - Pocahontas State Correctional Center

| | Incident Narratives | | | |
|---|---|---|---|---|
| **Original Narrative** | Author:<br>Senior Special Agent J. Wagner #1241 | Date Created:<br>10/04/2022 1421 Hrs | Supp #:<br>0 |

**BASIS FOR INVESTIGATION**: The Special Investigations Unit received an investigative referral regarding an assault of a corrections officer by an inmate at Pocahontas State Correctional Center.

**SYNOPSIS**: On 9/13/2022, Corrections Officer Trent Sagady was escorting nurse Diara Edwards through B2 POD, conducting COVID temperature checks. Upon coming to the cell of Inmate Isaw Blake, #1106405, the inmate became belligerent and ultimately attacked Officer Sagady. Several security staff members responded to gain control of the inmate (Exhibit A - Institutional Incident Reports).

Officer Sagady was assessed by Princeton Community Hospital (Exhibit B - Medical Documentation - Sagady). Inmate Blake was transferred to Wallens Ridge State Prison. The WRSP institutional investigator's office collected photos of the inmate; Blake was assessed by DOC medical staff (Exhibit C - Photos of Blake & medical documentation). Officer Sagady stated that he did wish to seek prosecution of Inmate Blake.

## 1.    INTERVIEW OF VICTIM/COMPLAINT:

1.1 **Corrections Officer Trent Sagady**: SA Wagner spoke with Officer Sagady, by phone on 9/21/22. The officer said he had announced for inmates to be up and dressed for temperature check, as he was escorting the nurse to conduct COVID temperature checks. When they arrived at Inmate Blake's cell, the inmate was belligerent and arguing about following instructions. Officer Sagady said the inmate rushed at him, tackling him to the ground. The officer said he had no past experiences with Blake, saying this was the first time he had spoken with him.

Officer Sagady said he went to Princeton Community Hospital where he was told that he had a strained muscle, an abrasion on his neck, and a laceration on his thumb. Officer Sagady stated he wished to pursue criminal prosecution of Blake.

**The conversation with Officer Sagady was audio recorded.**

## 2.    INTERVIEW OF SUBJECT:

2.1 **Inmate Isaw Blake, #1106405**: SA Wagner spoke with Inmate Blake at Wallens Ridge State Prison on 9/22/22. The inmate was advised of his Miranda Rights', which he waived (Exhibit D - Miranda Waiver - Blake). Blake said that Officer Sagady and the nurse were coming around to do COVID temperature checks; he stated that the officer told him to "Get your ass up". Blake said his temperature was taken and he turned to walk away, when the officer asked, "Why are you such a bitch".

Blake claimed the officer grabbed his "Mace" and told him to get on his knees; he refused. Blake denied tackling the officer or striking him, he denied striking any of the staff members. He claimed that the staff members beat him, "knocking my teeth out and swelling my head".

**The conversation with Inmate Blake was audio and video recorded. The video camera battery expired at the 6: 18 time mark.**

3.    OTHER INTERVIEWS:

NOT FOR PUBLIC RELEASE

3.1 **Nurse Diara Edwards**: SA Wagner spoke with Nurse Edwards, by phone on 9/22/22. Edwards recalled the officer announcing temperature checks. When they came to Blake's cell, the officer asked the inmate to get up for temperature check, Blake replied, "Who the fuck you talking to like that". The inmate complied with having his temperature checked, but continued to be belligerent toward the officer. Nurse Edwards stated that Blake attacked Officer Sagady. She stated the officer did not use foul language or belittle the inmate, just asked him to get up for temperature check.

**The conversation with Nurse Edwards was audio recorded.**
**No video of the incident under investigation was available due to the alleged assault occurring inside the cell.**


**EXHIBITS:**

    A. Institutional Incident Reports
    B. Medical Documentation - Officer Sagady
    C. Photos of Blake & Medical Documentation
    D. Miranda Waiver - Blake


**STATUS:** THIS IS A FINAL REPORT.

**RELEASE OF INFORMATION:** No part of this document may be further disseminated without the prior approval of the Director, Department of Corrections.

| Signed: Senior Special Agent J. Wagner #1241 | Reviewed: Assistant Chief J. Lawson #1203 |
| --- | --- |

Exhibit. A-31

NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

## Internal Incident Report

**220705 - Pocahontas State Correctional Center**

DOC Location:

Report generated by Wagner, J

Report run on 10/03/2022 at 03:32 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000468 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Sargent, Joseph T | Title/Shift: | Unit Manager | |
| Date Reported: | 09/13/2022 | Time: | 10:55 AM | |
| Offenders Involved: | **1106405** | **Blake, Isaw W** | | **B-2-229-T** |
| Staff Involved: | **Sargent, Joseph T** | | **Unit Manager** | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | GP Dayroom - B-2 | | | |
| Gang Related: | No | Confidential: No | PREA: No | |

**Description of Incident:**

On September 13, 2022 at approximately 08:40am, I Unit Manager Sargent responded to a " Assault on Staff" called in Bravo 2. When I approached the assault, I witnessed Inmate Blake 1106405 actively assaulting and disobeying commands from Officer Sagady. After security staff members utilized OC, I assisted in gaining control of Inmate Blake. Once Blake was controlled, I assisted in placing wrist restraints on him. After all restraints were applied, I assisted in escorting Inmate Blake off the top tier then was relieved by Lt. Bogle. Inmate was then escorted to RHU. After the incident, I was seen by Dr. Lard for swelling, soreness, and a small abrasion of my right wrist as well as swelling of my middle finger on my left hand. No other injuries to report at this time.

| Notifications: | | | |
|---|---|---|---|
| Name: | | Title: | Date/Time Notified: |
| | | | |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |



NOT [...] RELEASE          220705 - Pocahontas State Correctional Center

Virginia Department of Corrections          *Witness to Assault.*

**Internal Incident Report**

DOC Location:
Report generated by Wagner, J
Report run on 10/03/2022 at 03:15 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000478 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Salyers, Justin | Title/Shift: | Officer | |
| Date Reported: | 09/13/2022 | Time: | 02:55 PM | |

| Offenders Involved: | | | |
|---|---|---|---|
| Staff Involved: | Salyers, Justin | | Officer |
| Visitors Involved: | | Others Involved: | |

**Type of Incident:**   Use of force; including physical force, electronic devices, chemical agents, canines (Institutions)

| Location of Incident: | GP Dayroom - B-2 | | | |
|---|---|---|---|---|
| Gang Related: | No | Confidential: No | | PREA:   No |

**Description of Incident:**

On 9-13-2022 at approximately 8:40am staff was notified via radio communications that there was an inmate on staff assault going in B2. I Officer Salyers, responded to the incident. Inmate was restrained when I arrived. I then assisted in escorting Inmate Blake, I #1106405 from bravo building to RHU. Once in RHU, I then offered assistance wherever needed while inmate was placed in 5-point restraints. End of Report. No injuries to report.

**Notifications:**

| Name: | | Title: | | Date/Time Notified: |
|---|---|---|---|---|

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Exhibit A-3.



NOT FOR PUBLIC RELEASE    Virginia Department of Corrections

**Internal Incident Report**

*Witness to Assault*

220705 - Pocahontas State Correctional Center

DOC Location:

Report generated by Wagner, J

Report run on 10/04/2022 at 01:02 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000465 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Edmonds, John R | Title/Shift: | | |
| Date Reported: | 09/13/2022 | Time: | 10:04 AM | |
| Offenders Involved: | 1106405 | Blake, Isaw W | | B-2-229-T |

**Staff Involved:**

| Visitors Involved: | | Others Involved: | |
|---|---|---|---|

**Type of Incident:**   Other: Inmate on Staff assault

| Location of Incident: | GP Dayroom - B-2 | | | | |
|---|---|---|---|---|---|
| Gang Related: | No | Confidential: | No | PREA: | No |

**Description of Incident:**

On above date and approximate time I SGT Edmonds responded to a call of inmate on staff assault in Bravo 2 pod. I SGT Edmonds assisted escorting Inmate I. Blake #1106405 to restorative housing and placed in the shower. I SGT Edmonds also assisted escorting Inmate Blake from the shower to the cell number one where inmate was paced on five point restraints. I assisted controlling the inmates left arm during the in cell restraints procedure. Medical checked the inmate and the restraints.

**Notifications:**

| Name: | | Title: | | Date/Time Notified: | |
|---|---|---|---|---|---|
| | | | | | |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant | |
|---|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 | |
| Investigation: | No | Assigned to: | | |
| Comments: | | | | |

Exhibit: A

*possible witness to Assault*

NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

## Internal Incident Report

220705 - Pocahontas State Correctional Center

DOC Location:
Report generated by Wagner, J
Report run on 10/03/2022 at 03:26 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | | |
|---|---|---|---|---|---|
| IIR-PSCC-2022-000469 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | | |
| Reporting Staff: | Remines, Jeremy S | Title/Shift: | Sergeant, B Break, Day | | |
| Date Reported: | 09/13/2022 | Time: | 12:24 PM | | |
| Offenders Involved: | 1106405 | Blake, Isaw W | | | B-2-229-T |
| Staff Involved: | Remines, Jeremy S | | Sergeant | | |
| Visitors Involved: | | Others Involved: | | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | | |
| Location of Incident: | GP Dayroom - B-2 | | | | |
| Gang Related: | No | Confidential: | No | PREA: | No |

**Description of Incident:**

On September 13, 2022 at approximately 8:40am I Sgt. Remines responded to a "Staff Assault" in Bravo 2. Upon entering the pod, I witnessed Inmate Blake #1106405 actively assaulting Officer Sagady. When I approached the scene, I gave multiple orders for Inmate Blake to get on the ground and stop. All commands were ignored. I then administered 1 to 1.5 second burst on OC to the target specific area. Inmate Blake continued to fight staff. I then went to the top tier and then again gave several verbal commands. All commands were ignored. I then administered another 1 to 1.5 second burst of OC which missed the target specific area. Inmate Blake continued to fight staff and resist control. Another 1 to 1.5 second burst was administered to the target specific area. Multiple staff responded and Inmate Blake was controlled, restrained, and escorted to RHU. After the incident, I reported to Medical to be seen by Dr. Lard due to lower back pain. Dr. Lard said it was possible to be a pulled muscle. I then reported back to duty. End of Report.

| Notifications: | | | | |
|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: |
| | | | | |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |



NOT FOR PUBLIC RELEASE   Virginia Department of Corrections

**Internal Incident Report**

*Witness to Assault*
*— A180 —*
*held arms while chalked*

220705 - Pocahontas State Correctional Center

DOC Location:
Report generated by Wagner, J
Report run on 10/04/2022 at 01:06 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000467 | September 13, 2022 @ 08:45 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Browning, Erwin C | Title/Shift: | Sergeant, B Break, Day | |
| Date Reported: | 09/13/2022 | Time: | 11:21 AM | |

**Offenders Involved:**

| Staff Involved: | Browning, Erwin C | | Sergeant | |
|---|---|---|---|---|
| Visitors Involved: | | Others Involved: | | |

| Type of Incident: | Use of force; including physical force, electronic devices, chemical agents, canines (Institutions) | | | |
|---|---|---|---|---|
| Location of Incident: | GP Dayroom - B-2 | | | |
| Gang Related: | No | Confidential: No | PREA: | No |

**Description of Incident:**

On 9/13/2022 at approximately 8:40am staff were notified via radio communications that there was an inmate on staff assault on going in B2 pod. I, SGT Browning, responded to the incident. At approximately 8:41am, I arrived in B2 pod and began assisting responding staff in gaining control of the inmate, Blake, I 1106405, who was refusing to comply with staff's orders to stop resisting. I assisted in gaining compliance and restraining the upper extremities of inmate Blake. Once inmate Blake was restrained, I assisted in escorting inmate Blake down the stairs onto the pod floor. Once in RHU, inmate Blake was ordered to be placed on 5 point restraints. At approximately 9:02am, inmate Blake was placed in RHU cell 1. Once in the cell, I restrained and secured inmate Blake's right leg using the 5 point restraints. At approximately 9:15am the inmate was secured and restrained in the cell and I exited the cell along with the other staff. End of report.

**Notifications:**

| Name: | | Title: | Date/Time Notified: |
|---|---|---|---|
| | | | |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |



NOT ~~PUBLIC RELEASE~~ Virginia Department of Corrections

*witness to Assault*

Exhibit: A-6

**Internal Incident Report**

220705 - Pocahontas State Correctional Cente

DOC Location:

Report generated by Wagner, J

Report run on 10/04/2022 at 01:08 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | | |
|---|---|---|---|---|---|
| IIR-PSCC-2022-000462 | September 13, 2022 @ 09:05 AM | Pocahontas State Correctional Center | | | |
| Reporting Staff: | Cline, Dusty L | Title/Shift: | Correctional Officer, B Break, Day | | |
| Date Reported: | 09/13/2022 | Time: | 09:49 AM | | |
| Offenders Involved: | | | | | |
| Staff Involved: | Cline, Dusty L | | | | |
| Visitors Involved: | | Others Involved: | | | |
| Type of Incident: | In-cell restraints (release from restraints should be reported as an Addendum) | | | | |
| Location of Incident: | Restorative/Special Housing Unit - SHU | | | | |
| Gang Related: | No | Confidential: | No | PREA: | No |

**Description of Incident:**

On 9-13-2022, at approximately 902AM, I was part of a team that placed inmate Blake, I. #1106405 in 5 point restraints in RHU cell #1. I assisted in controlling inmate Blake's left foot/ankle while restraints were applied. Once upper and lower restraints were applied and secured, I exited out of the cell. End of report.

| Notifications: | | | | |
|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Exhibit A7

NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

**Internal Incident Report**   Witness to Assault

220705 - Pocahontas State Correctional Center

DOC Location:
Report generated by Wagner, J
Report run on 10/04/2022 at 01:07 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000463 | September 13, 2022 @ 09:02 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Hylton, Roger | Title/Shift: | | |
| Date Reported: | 09/13/2022 | Time: | 09:02 AM | |
| Offenders Involved: | **1106405** | **Blake, Isaw W** | | B-2-229-T |
| Staff Involved: | **Hylton, Roger** | | **Sgt.** | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | Restorative/Special Housing Unit - SHU-Seg | | | |
| Gang Related: | No | Confidential: No | | PREA: No |

**Description of Incident:**

I Sgt. R. Hylton Upon placing Inmate Blake #1106405 in RHU-1 on 5 point restraints, I controlled Inmate Blake's head for the duration of this process. No injuries to report

| Notifications: | | | | |
|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |



NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

**Internal Incident Report**

220705 - Pocahontas State Correctional Center

DOC Location:

Report generated by Wagner, J

Report run on 10/03/2022 at 03:22 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000473 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Sagady, Trent | Title/Shift: | Corrections Officer Senior, B Break, Day | |
| Date Reported: | 09/13/2022 | Time: | 02:18 PM | |
| Offenders Involved: | 1106405 | Blake, Isaw W | | B-2-229-T |

| Staff Involved: | |
|---|---|

| Visitors Involved: | | Others Involved: | |
|---|---|---|---|

**Type of Incident:**   Serious assault on an employee, volunteer, or visitor

| Location of Incident: | GP Dayroom - B-2 | | | | |
|---|---|---|---|---|---|
| Gang Related: | No | Confidential: | No | PREA: | No |

**Description of Incident:**

On September 13, 2022 at approximately 8:40am, I Officer Sagady was escorting Nurse Edwards for temperature checks in Bravo 2 pod along with OIT Poe and OIT McBride. While conducting the temperature checks, I made multiple announcements for Inmates to be up and dressed. When I arrived at cell B2-229, Inmate Blake was lying in bed. I told Inmate Blake to wake up for temperature checks, he replied "Ok Tough Guy" and stood up quickly. I told Blake that I would talk about his problem afterwards in which he replied "No, we will talk about it now". I noticed that Blake was quenching his fist and I stated he needed to calm down. Blake then lunged at me and stated that "He was going to whoop my ass". I then gave Blake a direct order to turn around to be restrained. After multiple ignored commands I then pulled out my OC and gave more commands to place his hands behind his back to be restrained in which he ignored. Blake then stated again that he was going to whoop my ass. Due to the aggressive and belligerent behavior of Blake, I was in fear for the safety of myself, the OIT's, and the nurse. I then administered one to one half burst of OC to the target specific area of Inmate Blake. Blake then came towards me and tackled me knocking me on my back. OIT McBride and OIT Poe stepped in and tried to help gain control of Blake. During this time, multiple staff members responded and began using chemical agents from the other side of Blake. Chemical Agents hit me in the face which made me turn away for a few seconds. When I regained vision, I came from behind Blake and assisted him the ground with the least amount of force necessary with the help of multiple staff members. Blake was then restrained. I was then removed from the incident and escorted to medical to be seen by Dr. Lard and he recommended me go to BRMC Emergency Room. The doctor at BRMC stated that I had a strained muscle in my ankle, 2 abrasions on my neck, and 1 laceration on my left thumb. While at BRMC I was also tested for Hep C and Aids. I then reported back to the institution.

| Notifications: | | | | | |
|---|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: | |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant | |
|---|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 | |
| Investigation: | No | Assigned to: | | |
| Comments: | | | | |



*Witness to Assault*

NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

**Internal Incident Report**

220705 - Pocahontas State Correctional Center

DOC Location:

Report generated by Wagner, J

Report run on 10/03/2022 at 03:19 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000474 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Smith, Brandon K | Title/Shift: | Unit Manager, Other, None | |
| Date Reported: | 09/13/2022 | Time: | 02:36 PM | |
| Offenders Involved: | 1106405 | Blake, Isaw W | | B-2-229-T |
| Staff Involved: | Smith, Brandon K | | Unit Manager | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | Cell - B-2 | | | |
| Gang Related: | No | Confidential: No | | PREA: No |

**Description of Incident:**

On Tuesday, September 13, 2022 at approximately 8:40 a.m. inmate on staff assault was announced via radio in Bravo 2 pod. I, Unit Manager B. Smith, responded to the incident. At approximately 8:41a.m., I arrived in B2 pod and began assisting responding staff in gaining control of the inmate I. Blake #1106405, who was refusing to comply with staff's orders to stop resisting. I assisted in gaining compliance and restraining the lower extremities of inmate Blake. Once inmate Blake was restrained, I supervised inmate Blake being escorted to RHU. Once in RHU, inmate Blake was ordered to be placed on 5 point restraints per Major D. Lee. At approximately 9:02 a.m., inmate Blake was assigned to RHU cell #1 without further incident. Once in the cell, I supervised inmate Blake being placed in 5 point restraints. At approximately 9:15 a.m. the inmate was secured and restrained in the cell and I exited the cell along with the other staff. End of report.

**Notifications:**

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| Collins, Dennis R | Assistant Warden | September 13, 2022 @ 09:30 AM |
| Hicks, Tikki N | Warden | September 13, 2022 @ 09:30 AM |
| Kinser, Jared A | CHAP | September 13, 2022 @ 09:30 AM |
| Lee, David A | Major | September 13, 2022 @ 09:30 AM |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

NOT FOR PUBLIC RELEASE    Virginia Department of Corrections

**Internal Incident Report**

220705 - Pocahontas State Correctional Center

DOC Location:

Report generated by Wagner, J

Report run on 10/04/2022 at 01:03 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000464 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| **Reporting Staff:** | Poseno, Chad D | **Title/Shift:** | Corrections Officer Senior, B Break, Day | |
| **Date Reported:** | 09/13/2022 | **Time:** | 09:50 AM | |
| **Offenders Involved:** | **1106405** | **Blake, Isaw W** | | **B-2-229-T** |

| Staff Involved: | | |
|---|---|---|
| Visitors Involved: | | Others Involved: |

**Type of Incident:**    Use of force; including physical force, electronic devices, chemical agents, canines (Institutions)

| **Location of Incident:** | GP Dayroom - B-2 | | |
|---|---|---|---|
| **Gang Related:** | No | **Confidential:** No | **PREA:** No |

**Description of Incident:**

On September 13, 2022 at approximately 08:40am, I Officer Poseno responded to a " Staff Assault in Bravo 2" call. Upon entering Bravo 2 pod, I witnessed Inmate I, Blake 1106405 actively assaulting Officer Sagady. When I got closer, I gave Inmate Blake multiple orders to stop and to lie on the ground in which he refused. I then administered 1 to 1 second burst of OC to the target specific area of Inmate Blake. I then responded up the stairs and assisted Officer Sagady in gaining control of Blake. After multiple staff members responded, Inmate Blake was able to be controlled and restrained. I assisted in escorting Blake off the top tier then another staff member took control. I was seen by Dr. Lard and Nurse Cordle and the Institution for a multiple scratches. End of Report.

**Notifications:**

| Name: | | Title: | Date/Time Notified: |
|---|---|---|---|
| | | | |

| **Approved By:** | Bogle, David | **Title:** | 5&2 Lieutenant |
|---|---|---|---|
| **Action Taken:** | Approved | **Review Date:** | 09/13/2022 |
| **Investigation:** | No | **Assigned to:** | |
| **Comments:** | | | |

NOT FOR PUBLIC RELEASE

Virginia Department of Corrections

## Internal Incident Report

220705 - Pocahontas State Correctional Center

DOC Location:

Report generated by Wagner, J

Report run on 10/04/2022 at 01:01 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000461 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | ODonnell, Jeremy | Title/Shift: | | |
| Date Reported: | 09/13/2022 | Time: | 10:22 AM | |
| Offenders Involved: | 1106405 | Blake, Isaw W | | B-2-229-T |
| Staff Involved: | | | | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | GP Dayroom - B-2 | | | |
| Gang Related: | No | Confidential:  No | | PREA:   No |

**Description of Incident:**

On the above date and approximant time I counselor O'Donnell, J responded to inmate on staff in Bravo 2, I assisted security staff in gaining control of inmate Blake , I #1106405 until he was restrained, No injuries to report.

| Notifications: | | | | |
|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: |

| Approved By: | Bogle, David | Title: | 5&2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

| Name List | Pleadings/Orders | Services | Main Menu | Logoff |

## Tazewell County Circuit - Criminal Division
### Case Details

| Case Number:<br>CR22001400-00 | Filed:<br>11/29/2022 | Commenced by:<br>Direct Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>BLAKE, ISAW WALEED | Sex:<br>Male | Race:<br>Black | DOB:<br>08/09/**** |
| Address:<br>BIG STONE GAP, VA 24219 | | | |
| Charge:<br>A & B LAW ENFORCEMENT OFFICER | Code Section:<br>18.2-57 | Charge Type:<br>Felony | Class:<br>6 |
| Offense Date:<br>09/13/2022 | Arrest Date:<br>02/10/2023 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/29/2022 | 9:00AM | Grand Jury | | | | | True Bill - Def. Arrested On Capias |
| 2 | 02/13/2023 | 1:30PM | Advise About Attorney Arrangements | | | | | Granted |
| 3 | 04/17/2023 | 9:00AM | Plea | | | | | |

### Final Disposition

| Disposition Code: | Disposition Date: | Concluded By: |
|---|---|---|
| Amended Charge: | Amended Code Section: | Amended Charge Type: |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |
| Fine Amount: | Costs: | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality:<br>No | |

[ Scroll Previous ]  [ Scroll Forward ]  [ Main Menu ]  [ Logoff ]

## Tazewell County Circuit - Criminal Division
### Click on Case Number for Details

| CaseNumber | Defendant | Charge | Hear Date | Status |
|---|---|---|---|---|
| CR22001400-00 | BLAKE, ISAW WALEED | A & B LAW ENFORCEMENT OFFICER | 04/17/2023 | Active |
| CR92000104-00 | BLAND, THOMAS EUGENE | AGG SEX BATTERY | 06/11/1992 | Guilty Plea |
| CR96000055-00 | BLAND, THOMAS EUGENE | DWI | 09/04/1996 | Withdrawn Prior To Trial |
| CR96000055-01 | BLAND, THOMAS EUGENE | SPEEDING 67/55 | 09/04/1996 | Nolle Prosequi |
| CR96000055-02 | BLAND, THOMAS EUGENE | SHOW CAUSE | 02/23/2006 | Nolle Prosequi |
| CR13002136-04 | BLANKENSHIP, ALEISHA KIMBERLY | #1PV/SC/CREDIT CARD THEFT | 10/12/2017 | Revoked |
| CR13002136-05 | BLANKENSHIP, ALEISHA KIMBERLY | #2 PV -CREDIT CARD THEFT | 06/14/2018 | Revoked |
| CR13002136-06 | BLANKENSHIP, ALEISHA KIMBERLY | #3 PV - CREDIT CARD THEFT | 08/12/2021 | Revoked |
| CR13002136-07 | BLANKENSHIP, ALEISHA KIMBERLY | #4 PV - CREDIT CARD THEFT | 02/27/2023 | Active |
| CR15000076-02 | BLANKENSHIP, ALEISHA KIMBERLY | #1 PV-PRESCRIPTION FRAUD | 10/12/2017 | Dismissal |
| CR15000076-03 | BLANKENSHIP, ALEISHA KIMBERLY | CAPIAS ON PROBATION VIOLATION | 10/12/2017 | Dismissal |
| CR15000076-04 | BLANKENSHIP, ALEISHA KIMBERLY | #2 PV-PRESCRIPTION FRAUD | 06/14/2018 | Revoked |
| CR15000076-05 | BLANKENSHIP, ALEISHA KIMBERLY | #3 PV - PRESCRIPTION FRAUD | 08/12/2021 | Revoked |
| CR15000076-06 | BLANKENSHIP, ALEISHA KIMBERLY | #4 PV - PRESCRIPTION FRAUD | 02/27/2023 | Active |
| CR15000076-07 | BLANKENSHIP, ALEISHA KIMBERLY | BOND VIOLATION ON PROB VIOL | 02/27/2023 | Active |
| CR08001683-00 | BLANKENSHIP, AMANDA DEAN | CONCEAL/PRICE ALTER MERCH>$200 | 03/09/2009 | Guilty Plea |

[ Scroll Previous ]  [ Scroll Forward ]  [ Main Menu ]  [ Logoff ]

Build # 3.9.0.1

DRAFT - NOT FOR USE BY THE COURT
FINALIZE IN SWIFT - NOT TO BE SIGNED BY JUDGE

# Assault ⬥ Section A

**Offender Name:** BLAKE, ISAW WALEED

◆ **Primary Offense** ———————————————————— *(scores for attempted/conspired offenses are in parentheses)*

| | |
|---|---|
| A. | Assault and battery against a family member, third or subsequent conviction  (1 count)..................2 |
| B. | Assault and battery against a law enforcement officer, fire or medical services, etc. (1 count) ....................6 |
| C. | Any attempted or conspired assault and battery, unlawful injury or strangulation (1 count) .......................(1) |
| D. | Unlawful injury to law enforcement officer, fire/rescue personnel services, etc. (1 count)..................7 |
| E. | Any other unlawful injury |
| |     1 count.................................................................1 |
| |     2 counts...............................................................3 |
| F. | Any attempted or conspired malicious injury (1 count)...................................................(3) |
| G. | Any attempted, conspired or completed aggravated malicious injury  (1 count)..................7 |
| H. | Malicious injury to a law enforcement officer, fire or medical services, etc.  (1 count)..................7 |
| I. | Any other malicious injury  (1 count)...................................................7 |
| J. | Use of firearm in the commission of a felony  (1 count) ...........................................4 |
| K. | DWI with reckless disregard, victim permanently impaired |
| |     1 count.................................................................1 |
| |     2 counts...............................................................3 |
| L. | Strangulation (1 count)...............................................................3 |

**Score** → `6`

◆ **Primary Offense Remaining Counts** <u>Total</u> the maximum penalties for counts of the primary not scored above

| Years: | 3 - 10 ...............................1 | 24 - 31 ...............................4 |
|---|---|---|
| | 11 - 17 ...............................2 | 32 - 39 ...............................5 |
| | 18 - 23 ...............................3 | 40 or more ...............................6 |

→ `0`

◆ **Additional Offenses** <u>Total</u> the maximum penalties for additional offenses, including counts

Primary offense:
**K: DWI with Reckless Disregard**

| Years | Points |
|---|---|
| Less than 2................................0 |
| 2 - 17 ....................................2 |
| 18 - 23 ..................................3 |
| 24 - 31 ..................................4 |
| 32 - 39 ..................................5 |
| 40 or more ..............................6 |

Primary offense:
**All other offenses**

| Years | Points |
|---|---|
| Less than 2................................0 |
| 2 - 10 ....................................1 |
| 11 - 17 ..................................2 |
| 18 - 23 ..................................3 |
| 24 - 31 ..................................4 |
| 32 - 39 ..................................5 |
| 40 or more ..............................6 |

→ `0`

◆ **Weapon Used**

None.................................................................0
Automobile, simulated weapon or other than firearm.................................1
Firearm.................................................................2

→ `0`

◆ **Life Threatening Injury** ———————————————— **If YES, add 2** → `0`

◆ **Prior Convictions/Adjudications** <u>Total</u> the maximum penalties for the 5 most recent and serious prior record events

Primary offense:
**K: DWI with Reckless Disregard**

| Years | Points |
|---|---|
| Less than 1................................0 |
| 1 - 46 ....................................2 |
| 47 or more................................3 |

Primary offense:
**All other offenses**

| Years | Points |
|---|---|
| Less than 7................................0 |
| 7 - 23 ....................................1 |
| 24 - 46 ..................................2 |
| 47 or more................................3 |

→ `2`

◆ **Prior Incarcerations/Commitments** ———————————— **If YES, add 2** → `2`

◆ **Prior Juvenile Record** ———————————————————— **If YES, add 2** → `0`

◆ **Legally Restrained at Time of Offense**

None.................................................................0
Other than post-incarceration supervision .................................3
Post-incarceration supervision (supervision after active incarceration)....................5

→ `3`

**SCORE THE FOLLOWING FACTOR ONLY IF PRIMARY OFFENSE AT CONVICTION IS A:**
***ASSAULT & BATTERY AGAINST A FAMILY MEMBER - § 18.2-57.2(B)***

◆ **Type of Prior Felony Person Convictions/Adjudications**

None.................................................................0
Assault and battery against a family member, third or subsequent (§18.2-57.2(B))....................3
Other person felony.................................................................4

→ `4`

DRAFT - NOT FOR USE BY THE COURT
FINALIZE IN SWIFT – NOT TO BE SIGNED BY JUDGE

# Assault ⟶✦⟵ Section B

**Offender Name:** BLAKE, ISAW WALEED

### Victim Injury

**Score**

Threatened, emotional, physical or serious ................................................................ 2

Life Threatening ................................................................ 4

### Additional Offenses   <u>Total</u> the maximum penalties for additional offenses, including counts

**Primary offense: Strangulation (§ 18.2-51.6)**

| Maximum Penalty (years) | Points |
|---|---|
| Less than 5 | 5 |
| 5 or more | 6 |

**Primary offense: All other offenses**

| Maximum Penalty (years) | Points |
|---|---|
| Less than 5 | 1 |
| 5 or more | 2 |

### Weapon Used or Brandished

If YES, add 2 ➤

### Prior Convictions/Adjudications   <u>Total</u> the maximum penalties for the 5 most recent and serious prior record events

**Primary offense: Attempted, Conspired or Completed Strangulation (§ 18.2-51.6)**

| Maximum Penalty (years) | Points |
|---|---|
| Less than 5 | 0 |
| 5 - 18 | 3 |
| 19 - 38 | 4 |
| 39 or more | 5 |

**Primary offense: All Other Offenses**

| Maximum Penalty (years) | Points |
|---|---|
| Less than 5 | 0 |
| 5 - 18 | 1 |
| 19 - 38 | 2 |
| 39 or more | 3 |

### Prior Juvenile Record

If YES,  add 3 ➤

---

**SCORE THE FOLLOWING FACTORS ONLY IF PRIMARY OFFENSE AT CONVICTION IS
ASSAULT & BATTERY AGAINST A FAMILY MEMBER  (§ 18.2-57.2(B))
OR STRANGULATION (§ 18.2-51.6)**

#### Prior Incarcerations/Commitments

| Number: | | |
|---|---|---|
| 1 | | 1 |
| 2 | | 3 |
| 3 or more | | 5 |

#### Prior Misdemeanor Convictions/Adjudications (Excludes Traffic)

| Number of Counts: | | |
|---|---|---|
| 1 - 2 | | 0 |
| 3 - 5 | | 1 |
| 6 - 8 | | 2 |
| 9 or more | | 3 |

---

## Total Score

See Assault Section B Recommendation Table to convert score to guidelines sentence.

**Assault/Section B**

DRAFT - NOT FOR USE BY THE COURT
FINALIZE IN SWIFT - NOT TO BE SIGNED

Offender Name: BLAKE, ISAW WALEED

# Assault → Section C

◆ **Primary Offense**

|  | Prior Record Classification |  |
|---|---|---|
| ☐ Category I | ☑ Category II | ☐ Other |

*(Scores for attempted/conspired offenses are in parentheses)*

|  | | | |
|---|---|---|---|
| A. Assault and battery against a family member, third or subsequent conviction or Strangulation  (1 count) | 28 | 14 | 7 |
| B. Assault and battery against a law enforcement officer, fire or medical services, etc. (1 count) | 32 | 16 | 8 |
| C. Unlawful injury (1 count) | 32 | 16 | 8 |
| D. Any attempted or conspired malicious injury (1 count) | (68) | (34) | (17) |
| E. Any completed malicious injury | | | |
|   1 count | 102 | 68 | 34 |
|   2 counts | 120 | 80 | 40 |
|   3 counts | 204 | 136 | 68 |
| F. Aggravated malicious injury (1 count) | 321 | 214 | 107 |
| G. Use of firearm in the commission of a felony - first offense (1 count) | 32 | 32 | 32 |
| H. Use of firearm in the commission of a felony - subsequent offense (1 count) | 56 | 56 | 56 |
| I. DWI with reckless disregard, Victim permanently impaired (1 count) | 48 | 24 | 12 |

**Score**

16

◆ **Primary Offense Remaining Counts**  Assign points to *each* count of the primary not scored above and total the points

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| Maximum Penalty (years) | Points |
|---|---|
| 3 | 2 |
| 5 | 3 |
| 10 | 6 |
| 20 | 13 |
| 30 | 19 |
| Life | 26 |

Primary offense:
A, B, C, or I:  Unlawful injury, any A & B, DWI or strangulation

| Maximum Penalty (years) | Points |
|---|---|
| 5 | 3 |
| 10 | 5 |

0

◆ **Additional Offenses**  Assign points to *each* additional offense (including counts) and total the points

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| Maximum Penalty (years) | Points |
|---|---|
| Less than 1 | 0 |
| 1,2 | 1 |
| 3,4 | 2 |
| 4,5 | 3 |
| 10 | 6 |
| 20 | 13 |
| 30 | 19 |
| 40 or more | 26 |

Primary offense:
A, B, C, or I:  Unlawful injury, any A & B, DWI or strangulation

| Maximum Penalty (years) | Points |
|---|---|
| Less than 1 | 0 |
| 1,2 | 1 |
| 3,4 | 2 |
| 5 | 3 |
| 10 | 5 |
| 20 | 11 |
| 30 | 16 |
| 40 or more | 22 |

0

◆ **Weapon Used**

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| | |
|---|---|
| Simulated weapon or other than listed below | 0 |
| Knife or firearm | 4 |

Primary offense:
A, B, C, or I: Unlawful injury, any A & B, DWI or strangulation

| | |
|---|---|
| Simulated weapon or other than listed below | 0 |
| Knife | 2 |
| Firearm | 3 |

0

◆ **Number of Victims Receiving Life Threatening Injury**

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| Number | Score |
|---|---|
| 1 | 14 |
| 2 | 70 |
| 3 or more | 85 |

A, B, C, or I: Unlawful injury, any A & B, DWI or strangulation

| Number | Score |
|---|---|
| 1 or more | 3 |

0

◆ **Prior Convictions/Adjudications**  Assign points to the 5 most recent and serious prior record events and total the points

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| Maximum Penalty (years) | Points |
|---|---|
| Less than 5 | 0 |
| 5,10 | 1 |
| 20 | 2 |
| 30 | 3 |
| 40 or more | 4 |

Primary offense:
A, B, C, or I: Unlawful injury, any A & B, DWI or strangulation

| Maximum Penalty (years) | Points |
|---|---|
| Less than 4 | 0 |
| 4,5,10 | 1 |
| 20 | 3 |
| 30 | 4 |
| 40 or more | 5 |

6

◆ **Prior Felony Convictions/Adjudications Against Person**

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

| Number | Score |
|---|---|
| 1 | 6 |
| 2 | 12 |
| 3 or more | 18 |

Primary offense:
A, B, C, or I: Unlawful injury, any A & B, DWI or strangulation

**Do Not Score**

0

◆ **Legally Restrained at Time of Offense**

Primary offense:
D, E, F, G, or H: All malicious woundings or use of a firearm

If YES, add 6

Primary offense:
A, B, C, or I:  Unlawful injury, any A & B, DWI or strangulation

If YES, add 2

2

**Total Score**

See Assault Section C Recommendation Table for guidelines sentence range

24

DRAFT – NOT FOR USE BY THE COURT
FINALIZE IN SWIFT – NOT TO BE SIGNED BY JUDGE

# ◆ Final Disposition Fill In After Sentence Has Been Pronounced   BLAKE, ISAW WALEED

☐ **Modification of Recommendation** Based on Substantial Assistance, Acceptance of Responsibility or Expression of Remorse

The decision to modify the guidelines recommendation must be made by the judge. If the recommended low end is 3 years or less, the low end is adjusted to no incarceration. If recommended low end is more than 3 years, the low end is reduced by 50%.

If accepted by the court the

| Adjusted Range is: | 0 | 6 | 0 | TO | 3 | 3 | 0 | ☐ |
|---|---|---|---|---|---|---|---|---|
| | Years | Months | Days | | Years | Mo | Days | Life |

## ◆ SENTENCE

Total Time _Imposed_ Before Suspension ............ ☐ Life Sentence +

Total _Effective_ Time to Serve ............ ☐ Life Sentence +     ☐ Sentenced to Time Served

☐ Incarceration Sentence to Run Concurrently With Another Event

☐ Restitution $ ___   ☐ Fine $ ___

**Post Release**

Post Release Incarceration Term §18.2-10 (Suspended) ...........
(6 months to 3 years)

Post Release Supervision Period §19.2-295.2(A) ...........
(6 months to 3 years)

**Probation** (Sentenced to no time, probation up to statutory maximum; Sentenced to incarceration, probation up to 5 years )

Probation Period (Supervised) ........... ☐ Indeterminate Not to Exceed § 19.2-303

**Good Behavior**

☐ Good Behavior Period(§19.2 - 306) ...........     ☐ Fixed at Statutory Maximum § 19.2-303.1

**Agreements and Other Details** (check all that apply)

☐ Written Plea Agreement Accepted = Rule 3A:8(c)(1) (A) or (C)

☐ Plea and Recommendation Accepted = Rule 3A:8(c)(1)(B)

☐ Oral Sentence Recommendation Accepted

**Other Sentencing Programs** (check all that apply)

☐ Day Reporting                          ☐ Community-Based Program
☐ Electronic Monitoring                  ☐ CCAP Community Corrections Alternative Program
☐ Intensive Probation                    ☐ Drug Court
☐ Substance Abuse Treatment              ☐ Youthful Offender
☐ § 18.2-251/§ 18.2-258.                  ☐ DJJ Commitment ○ Indeterminate ○ Determinate
☐ § 19.2-298.02, § 19.2-303.6 (Deferred Disposition)   ☐ Other

## ◆ REASON FOR DEPARTURE AND/OR MODIFICATION OF JURY SENTENCE

Must be completed pursuant to § 19.2-298.01(B) and/or § 19.2-295(B)/ § 19.2-303

☐ Accepted Nonviolent Risk Assessment recommendation, no departure reason needed.

## ◆ SENTENCING DATE

Month   Day   Year                          Judge's Signature

◆ **ATTACH COURT ORDER AND MAIL** Pursuant to § 19.2-298.01(E)

DRAFT – NOT FOR USE BY THE COURT
FINALIZE IN SATIFY – NOT TO BE SIGNED BY JUDGE     DCN: _____

# Sentencing Guidelines
## Case Details Worksheet

**1. Defendant's Name:** BLAKE, ISAW WALEED _____

**2. Defendant Information:** Gender: N/A _____  Race: N/A _____

Ethnicity: N/A _____  Age: ___ Handicapped: _____

**3. Type of Counsel:** ☐ Retained  ☐ Court Appointed  ☐ Public Defender  ☐ Other

**4. Pretrial Status:** ☐ Secured Bond  ☐ Unsecured Bond  ☐ Own Recognizance  ☐ Confinement  ☐ Third Party Release ☐ Unknown

**5. Pretrial Supervision by Pretrial Services Agency:**  ○ No  ○ Yes  ○ Yes, ordered but did not complete/attend  ○ Unknown

**6. Posttrial Status:** ☐ Secured Bond  ☐ Unsecured Bond  ☐ Own Recognizance  ☐ Confinement  ☐ Third Party Release ☐ Unknown

**7. Source of Bond:** ☐ Personal  ☐ Family  ☐ Other  ☐ Bonding Company  ☐ N/A  ☐ Unknown

**8. Total Time Served Prior to Sentencing:** Years _____  Months _____  Days _____  ☐ N/A

**9. Number of Codefendants:** _____

**10. Legal Status at Offense (check all that apply):**
☐ Escaped  ☐ Inmate  ☐ Mandatory Parole  ☐ Discretional Parole  ☐ None
☐ Geriatric Release - § 53.1-40.01  ☐ Post Release -§19.2-295.2  ☐ Probation  ☐ Good Behavior  ☐ Unknown
☐ Recognizance  ☐ Community Program  ☐ Pre-Trial Supervision  ☐ Bond
☐ Juvenile Probation  ☐ Juvenile Parole  ☐ Summons  ☐ Other

**11. Weapon Use:** ☐ None  ☐ Possessed  ☐ Used to Injure  ☐ Used to Threaten (by voice, note, text, etc.) ☐ Unknown

**12. Weapon Type:** ☐ Firearm  ☐ Knife  ☐ Explosive  ☐ Simulated/Feigned Weapon  ☐ Blunt Object
☐ Note/Verbal  ☐ Vehicle  ☐ Animal  ☐ Other  ☐ N/A

**13. Offender's Role:** ☐ Alone  ☐ Leader  ☐ Accomplice  ☐ Police Officer/LEO  ☐ Not Determined ☐ Unknown

**14. Value of Property Taken/Damaged:** Highest value for one item $ _____  Total value of all items $ _____  ☐ N/A

**15. Location:** ☐ Bank  ☐ Business  ☐ Residence  ☐ Street/Outside  ☐ Automobile  ☐ Other _____  ☐ N/A

**16. Injury to Victim:** ☐ Death  ☐ Life Threatening  ☐ Serious Physical  ☐ Physical
☐ Emotional  ☐ Threatened  ☐ None  ☐ N/A

**17. Victim Relationship to Offender:** ☐ None/Stranger  ☐ Known  ☐ Friend  ☐ N/A
☐ Family  ☐ Police Officer/LEO  ☐ Other

**18. Victim Information:** Gender: N/A _____  Race: N/A _____

Ethnicity: N/A _____  Age: ___ Handicapped: _____

**19. Type of Primary Drug:** _____  ☐ N/A  **Quantity:** ____  **Unit:** _____

**20. Number of Felony Juvenile Adjudications:** Person ____  Property ____  Drug ____  Other ____  ☐ None ☐ Unknown

Source for Question #21:
☐ Defense Attorney ☐ Defendant  ☐ PSI/PSR ☐ Commonwealth Attorney☐ Probation Officer ☐ Judge ☐ Information not available

**21. Other factors known at the time of sentencing (check all that apply)**    Yes    Treatment: (in or completed treatment)
a. Drug abuse (admitted, family information, documented in reports) ············ ☐ ······· ☐ prior to offense ··········· ☐ after arrest
b. Alcohol abuse (admitted, family information, documented in reports) ········· ☐ ······· ☐ prior to offense ··········· ☐ after arrest
c. Mental health issues (admitted, family information, documented in reports) ·· ☐ ······· ☐ prior to offense ··········· ☐ after arrest
d. Under the Influence of drugs/alcohol at the time of the offense ··········· ☐

e. Employment  ☐ Full or part-time for at least 18 months  ☐ Full-time student  ☐ Disabled
(Last 2 years):  ☐ Stay-at-home spouse/parent  ☐ Retired  ☐ Unemployed/Not stable

f. Housing (Last 2 years):  ☐ Stable/same residence 1+ yrs  ☐ Multiple Changes ☐ Homeless at the time of the offense

g. Provides support:  Enter Number dependents or family members supported _____

h. Education:  ☐ Less than High school  ☐ High school/GED  ☐ Technical Training  ☐ Some College
☐ College Degree  ☐ Post-graduate/Professional  ☐ Currently Enrolled (School, College Training)

i. Military:  ☐ Active  ☐ Reserve  ☐ Honorably Discharged ☐ Dishonorable Discharge
☐ Medical Discharge  ☐ General Discharge  ☐ Bad Conduct Discharge

j. Defendant's  ☐ Accepts Responsibility  ☐ Sought Treatment  ☐ Developed Rehabilitation Plans





## Office of the
## Commonwealth's Attorney
### Tazewell County

### J. Christopher Plaster
*Commonwealth's Attorney*

Post Office Box 946
Tazewell, Virginia
24651-0946

Telephone 276-385-1240
Fax 276-988-5165
**KATI ASBURY**
**PHILLIP FOY**
**KATHRYN GALLAGHER**
**JESSICA GUNTER**
**JOHN KEENE**
**DENNIS LEE**
**MELANIE MENEFEE**
**ASSISTANT COMMONWEALTH'S ATTORNEYS**

**BRANDON S. GOINS**
**CHIEF DEPUTY COMMONWEALTH'S ATTORNEY**

TO:        DEFENSE ATTORNEY FOR _Isaw Blake_
FROM:   **JOHN O. KEENE**
RE:        DISCOVERY AND PLEA OFFER

     Enclosed please find attached the discovery information regarding the above-mentioned defendant currently in the possession of the Commonwealth. I am providing you with copies of this discovery material on the understanding that these items will not be copied or turned over to your client. Upon conclusion of the case, materials marked "**Restricted Dissemination Material**" shall be returned to the Commonwealth's Attorney's Office as these items are confidential and the property of the Commonwealth's Attorney's Office . If you feel that you cannot make this assurance please contact me immediately so we might make other provisions to provide you with discovery.

     At this time I would make the following plea offer to your client:

*Plea of guilty / No Contest. Sentence within guidelines.*

VIRGINIA
DEPARTMENT OF CORRECTIONS

martw
1-4-23

**Written Complaint**

RECEIVED
JAN 06 2023
WALLENS RIDGE STATE PRISON

JAN 18 2023

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Blake, Isaw | #1106N05 | C-1-129 T   C-134 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| c/o Sagady | | 1-4-23  /  10:39 am |
|---|---|---|
| Individuals Involved in Incident | | Date/ Time of Incident |

TO: — Lt. Boyd

(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific): On 1-4-23 Members from PSCC Conducted a Shake down here at WRSP on C-1 Pod. At approx. 7:30 am; a very skinny officer wearing glasses came to my Cell-129 then yelled out to c/o Sagady (who led a Mob attack against Me on 9-13-22 at PSCC) "Hey Sagady heres Blake's Cell!" At that moment I was again afraid for my life. I then got up and looked into the Pod and saw c/o Sagady with other officers, they were all pointing and grinning and laughing at me. Officers then Escorted me into the Middle of the Pod to stand directly infront of c/o Sagady... it was Humiliating and ad very painful to see him after what he had done to me. Now 10:39 am on 1-4-23, after my Cell was Shook — own, I was escorted into my room. c/o Sagady walked up to my cell and Said to Me, "You Still look like shit. Can't take your life but I'll take your crap. And you'll see that I got "friends" out here, I aint done, George!"

Offender Signature: Isaw Blake #1106N05   Date: 1-5-23

**Offenders – Do Not Write Below This Line**

| Date Received: 01/18/2023 | Response Due: 02/02/2023 | Log Number: PSCC-23-INF-00573 |
|---|---|---|

Assigned to: Major

**Action Taken/Response:**

AFTER SPEAKING WITH OFFICER SAGADY NO OFFICERS FROM PSCC SEARCHED INMATE BLAKE'S CELL. AND THE ABOVE ACCUSATIONS DID NOT OCCUR. OFFICER SAGADY DID NOT TALK TO INMATE BLAKE AT THIS TIME. ①

| May Watts | MAJOR @ J WATTS | 1-25-2023 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS                Revision Date: 6/21/21

*Exhibit D*



VIRGINIA
RECEIVED GRIEVANCE DEPT.
DEPARTMENT OF CORRECTIONS

FEB 0 2 2023

Regular Grievance 866_F1_10-20

# Regular Grievance

Log Number: _____

**Instructions for INMATE PRISON**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

*Blake, Isaw*      1106405      C-134-B
**Offender Name (Last Name, First)**    **Offender Number**    **Housing Assignment**

*C/o Sagady*      1-4-2023   10:39 am
**Individuals Involved in Incident:**      **Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below)

- [x] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 1-4-23 Members from Pscc conducted a shake down here a WRSP on C-1 Pod. At 10:39 am on 1-4-23; after my Cell was shook down C/o Sagady walked up to my cell and Said to me. "You still look like shit. I can't take your life but I'll take your crop. And you'll see that I got friends out here. I aint done George."

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

I want C/o Sagady Fired and I want a "Stay-away order" placed on C/o Sagady and every other Staff Member whom was involved in Assaulting me at Pscc, on 9-13-22

**Offender Signature**              **Date**

*Exhibit S*

To: Mr. Holloday, Regional Director. Vr. D.O.C.
5427 Peters Creek Rd. N.W. # 250
Roanoke, Virginia 24019

Mr. Clark, Director. / Mss. E. Allen. I.O.A.
6900 Atmore Drive
Richmond, Virginia 23226

From: Isaw Waleed Blake #1106405
Wallens Ridge State Prison
Post Office Box 759
BigStone Gap, Virginia 24219

18108 2022

Re: I am informing you of a Very Serious Mob Attack in which occured against me at Pocahontas State Correctional Center.

Subject Matter: At Pocahontas State Correctional Center (PSCC) around Adugust; B² Pod I began to Exhaust My Administrative Remedies. I grew tired of being a passive spectator of their (PSCC) Criminal acts that were committed there. (No religious programs, Pork Five times out of a week) One evening the Unit Manager Smith Called me into his Office and asked to withdrawl my grievance. I kindly declined. He then Stated that either good or bad would come of my actions... Then sent me back to my room. Now my Very next grievance I asked for protection from retaliation Warden Ms. T. Hicks then moved me to B² Pod for my protection. I'm aware Warden Hicks has presided over a Union Characterised by Corruption. Order in the PSCC was largely the preserve of Self-Judge, a Surprising nuanced form of lynch law. Whereby the Staff of PSCC applied their own Moral Code to offenders, regardless or even defiance of the State laws... I was attacked by a Mob of officers, and what the Staff did to me was not Mindless Violence but a process with it's own logic and it's own principles. Above all, His Sometimes brutal form of Corpral punishment is essentially geared towards protecting the interests of the facility. (Exhausting you dminisitrative Remedies) Which threateneds the survival or Social Order within the facility are dealt with mostly arsh... I was HOGTIDE then beaten because I did not take a knee?!

No, this attack was much Larger then that, much more deeper then it's core.

Description:     ↓     ↓     ↓    ↓     ↓     ↓    ↓

Pursuant to my fathers (Maceo Jones) instruction, I am informing you of a Very Serious Mob Attack and how I was harmed by a Mob of officers. This document will indicate names of Some officers that were involved and a briefe illistration of what took place.

To proceed,

On Sept 13, 2022, Incident occured at Pocahontas State Correctional Center time approximately 8:40 am B² Pod as well as in the Shower at SEG.

To: Mr. Clark, Regional Director PMS D...
5427 Peters Creek Rd. N.W. # 250
Ronoake, Virginia 24019

Mr. Clark, Director. / Mss. E. Allen. I.O.A.
6900 Atmore Drive
Richmond, Virginia 23226...

From: Isau Waleed Blake #1106405
Wallens Ridge State Prison
Post Office Box 759
Big Stone Gap, Virginia 24219

... Exhibits ...

Re: I am informing you of a Very Serious Mob Attack in which occured against me at Pocahontas State Correctional Center.

Subject Matter: At Pocahontas State Correctional Center (PSCC) around August, I begin to Exhaust My administrative Remedies. I grew tired of being a passive Spectator of their (PSCC) Criminal acts that were commited here. No religious programs, Pork five times out of a week. One evening the Unit Manager Smith Called me into his office and asked to withdrawl my grievance. I kindly declined. He then stated that either good or bad would come of my actions. Then sent me back to my room. Now my very next grievance I asked for protection from retaliation Warden Ms. T. Hicks then moved me to B² Pod for my protection. I'm aware Warden Hicks has presided over a Union Charge terised by Corruption. Order in the PSCC was largely the preserve of Self-Judge, a Surprising nuanced form of lynch law. Whereby the Staff at PSCC applied their own Moral Code to offenders, regardless or even defiance of the State laws. I was attacked by a Mob of officers, and what the Staff did to me was not Mindless Violence but a process with it's own logic and it's own principles. Above all, this Sometimes brutal form of corpral punishment is essentially geared towards protecting the interests of the facility (Exhausting your administrative Remedies) Which threateneds the Survival or Social Order Within the facility are dealt with mostly acshly. I was HOG TIDE then beaten because I did not take a Knee. So, this attack was much Larger then that, much more deeper then it's core description ...

Pursuant to my fathers (Maceo Jones) instruction I am informing you of a very Serious Mob Attack and how I was harmed by a Mob of officers. This document will indicate Names of Some officers that were involved and a briefe illustration of what took place ...
to proceed ...

On Sept 13, 2022 Incident # occured at Pocahontas State Correctional Center time approximately 8:40 Am B² Pod as well as in the Shower at SEG ...

i was resting in bed which is when c/o Sagady opened my door (6P B²229) and yelled, "Get Cha Ass Up." And I then wake up. That's when I saw Nurse Edwards Standing along side c/o Sagady. I knew that it was Temprature Check. So I Slid On My SHOWER SLIDES and walked over to Nurse Edwards whom just happens to be standing right in the door-way. I Spoke to Nurse Edwards, and she took my Temprature then left. c/o Sagady Waisted no time to Approach me while I Stood in my room. c/o Sagady then asked me, "Why Are You Such A Bitch?" I laughed... Then hunched up my Shoulders and asked c/o Sagady, "What do you want Man?" After that, c/o Sagady pulled out his Mase and ordered me onto my Knees. But I refused, then asked, "What for?" c/o Sagady then Yelled, "Get On Your Fucking Knees."

I asked c/o Sagady not to Spray me that I have trouble breathing after Covid. I have a heart Mur Mur and Asthma. c/o Sagady ignored my plea, and instead Stated, "You got three Seconds to get on your Knees..." At this point I'm afraid. I'm now requesting for a Lieutenant or Sergeant. That is when c/o Sagady assaulted me by Spraying me With the Mase after he was informed that I have a pre-existing condition heart problem. c/o Sagady Sprayed me in the eyes the Mouth and the nose area. I was blinded for a while. I tried to run out the door away from the Spray but that's when the three officers Ganged up against me choking me and punching me.

c/o Sagady, OIT Poe, OIT McBride (Officers In Training) O.I.T.

I was being choked and punched by Staff officers for no good reason. At that point I wanted to give myself up! My neck is being Squeezed. I think he was trying to choke me to death! Because at no point did c/o Sagady "allow" me to breath. So I began to force the three officers off of me, with a disparate fight for Air. Which is when Matters gotten worst. More officers came running into B²Pod. Which is when I saw c/o Pasino and for a short moment you can see me trying to explain that I can't breath. And at that moment I would've "Cuffed up" if only the officers would've Stop choking me out of breath. c/o Pasino Yelled, "I Don't Give A fuck." Then Sprayed me and ran up the Stairs and placed my neck into another choke hold. Slammed me to the ground. And as c/o Pasino Squeeze my neck Someone push their Can of Mase to my nose and Sprayed it... All while I was on the ground, Subdude. I was not fighting Staff, I was fighting for air.

Certificate Of Service

Today: 3/22/2023

I, Isaw waleed Blake #1106405 do hereby swear under penalty of perjury state that on 3/22/2023 I did draft a Memorandum to four parties: PSCC, Teke Hicks (Warden), VA Governor, G. Younking, Mr. Clarke, VA Doc Director, and Mss. E. Allen I.O.A. on this day 3/22/2023, by placing in the Cell door C'-134 for mail pick-up; detailing the request of Camera-footage from Teke Hicks, Warden of PSCC.

Respectfully Submitted
Isaw Waleed Blake
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

Isaac Waleed Blake #1106405
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

Teke Hicks / Warden
PSGC
Mr. Clarke, DOC Dire
Mss. E. Allen I.A.
Governor

Exhibit: A-14

Today: 3/22/2023

~ Memorandum ~

Dear Teke Hicks,

My name is Isaw Waleed Blake # 1106405
I am drafting this memo to you in regards to the
misuse of force, as well as the denial of due process,
events that accured on 9/13/2022; by Staff at your
facility under your watch, and care.

Today 3/22/2023, I am placing you Teke Hicks on notice
of my request for you to perserve/hold the camera footage
on the date of 9/13/2022; time approx 8:40am, location
B2 Pod Cell 229, as well as the Segragation unit which
is the shower area and the cell you all placed me in,
as well as the footage showing Staff dragging me to
a waiting van for transportation.
Again, I'm requesting for you to hold/perserve the
camera footage on the date of 9/13/2022, approx 8:40am.

Isaw Blake #1106405
Nallins Ridge State Prison
Post Office Box 759
Big Stone Gap, Virginia 24219

Bolk Mail





Western Region Ombudsmen
3313 Plantation Road NE
Roanoke, Virginia 24012

Mailed Out: 2/10/2023

Exhibit. T

*Exhibit3,*

Fr: Isaw Waleed Blake 1106405
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

TO: Mss. E. Allen; Internal Affair
Mr. Clarke; VADoc Director
6900 Atmore Drive
Richmond, VA 23226

Governor
Patrick Henry Building 3rd Floor
1111 East Broad Street
Richmond, VA 23219

Lt. Governor
101 North Eighth Street Suite 104
Richmond, VA 23219

Attorney General
202 North Ninth Street
Richmond, VA 23219

Western Regional Office
5427 Peters Creek Road
Roahoke, VA 24019

3/20/2023

~ Memorandum ~

Dear Parties;

My name is Isaw Waleed Blake, a prisoner at Wallens Ridge State Prison, in which I was transfered to from level 3 Pocahontas State Correctional Center after being assaulted by Correctional officers at PSCC. After this assault I was strapped to a bed for hours. Teke Hicks (Warden) J. Watts (Major) Smith (Unit Manager) were all there and they all failed to reasonably respond to my serious medical needs and the excessive force in which was used on me inorder for me to sustain my life threating injuries. I am holding each and every Agent invalved accountable for their involvement a violation of the Eighth Ameadment of the United states constitution.

Officer Sagady, T. whom is employed at PSCC assaulted me then falsified a disciplinary report in which later lead to disciplinary actions against me. & violation of my due process in violation of the Fourteenth Amendment of the united states constitution. I was denied medical attention / treament after being assaulted and then immediately transfered to WRSP.
I've written and forwarded Memorandum's to Mss. E. Allen as well as to Mr. W. Clarke and Mr. Holloway as well... informing each party of this assault.

*Exhibit: 7*

I have yet to recieve a response from anyone in regards to my well being. I'm really trying to resolve this matter properly. Currently I'm being harrassed by staff and I do not feel safe here at WRSP. Correctional Officer who assaulted me proved to have connections here at WRSP.

Record will show that on 1/4/2023; PSCC officers conducted a shakedown here at WRSP where I'm housed.
Officer Sagady, T. came to my door then told me that "I can't kill you but I'll take all your crap." I later had to grieve to get my TV back. This matter was grieved however, C. Meade claimed that the situation does not harm me personally.
I am running out of options at this point.

2/10/2023; I was indicted on more assault charges.
I have been assaulted and now retaliated against for exhausting my administrative remedies at PSCC.
I'm reminding you and informing the new parties that I need help in this matter. I am asking that this matter be investigated immediately. I am not safe in this Region.
Thank you,

Respectfully Submitted!
Isaac Blake 1106405
WRSP
272 Dogwood Drive
Big Stone Gap, VA 24219

APR 1 3 2023

VIRGINIA
DEPARTMENT OF CORRECTIONS

*Exhibit. T*

Regular Grievance 866_F1_10-20

# Regular Grievance

Log Number: 00008

WRSP 23 REG

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| | | |
|---|---|---|
| *Blake, Isaac* | # *1106405* | *C/-129-T* |
| Offender Name (Last Name, First) | Offender Number | Housing Assignment |
| *Strike Force* | *1-4-23* | *Approx EPM 9:39am* |
| Individuals Involved in Incident: | Date/Time of Incident | |

RECEIVED

JAN 06 2023

WALLENS RIDGE STATE PRISON

**Results of the Informal Complaint Process** (Select one of the below)

☐ *Written Complaint* on this issue attached
☑ Other documentation used to satisfy the informal complaint process is attached
☐ Informal complaint process is not required for this issue

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 1-4-23, Strike Force Confiscated my 13' Amp.d Flat Screen TV claiming that one of the numbers on my State ~~number~~ number does not match my State numb on my Face Card on my door, therefore my TV is altered

Please Verify the purches Date of the item in question as well as the Authenticy of my State number # 1106405

*See attached receipt*

Order #: 20293184
Order Date: 04-08-22
ID: 1106405

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To have my TV returned to me Please

| | |
|---|---|
| *Isaac Blake* # 1106405 | *1-5-23* |
| Offender Signature | Date |

Virginia Department of Corrections

## Offender Grievance Response - Level I

*Exhibit: T*

DOC Location: WRSP Wallens Ridge State
Prison

Report generated by Ravizee, B J

Report run on 02/06/2023 at 12:57 PM

---

**Offender Name:** Blake, Isaw W

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Unfounded

**DOC #**1106405

**Housing:** C-1-134-B

**Grievance Number:** WRSP-23-REG-00008

**Finding Reason:**

---

LEVEL I:      **Level 1 Response**                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state on 1-4-2023, the strike force confiscated your TV because it had two different state numbers, one did not match the number on your face card. Your suggested remedy is for the purchase date, ID, and order # be verified and the TV returned to you.

**Results of the Informal Process:** You attached the Notification of Confiscation of Property Form to your grievance.

**An Investigation into your complaint indicates:** You provided proof of purchase for a TV on 4-8-2022. However, property staff determined that the seal on the TV had been tampered with making the TV altered.

**Procedure:** Operating Procedure 802.1 Offender Property governs this issue.

In accordance with the above information, this grievance is **Unfounded.** I find no violation of procedure. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

---

Level I Respondent Signature   *J antio*                    | Date *2-6-2223*

I wish to appeal the Level I response because:

---

Offender Signature                                          | Date

*Exhibit, N*



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**   Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** Pocahontas State Correctional Center

**Offender Name:** Blake (Last)   Osaw (First)   **Number:** 1106405

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9-13-2022 9:20AM | RHU Medical Orientation ——————————— | J Johnson LPN |
| | Chart reviewed for RHU.  No contraindications noted —— | |
| | Offender voiced understanding of RHU sick call procedure | |
| | Emergency Grievance Procedure explained ——————— | |
| | Offender is alert and oriented x 3  (If no explain) | |
| | Vital Signs: | |
| | B/P: unable to obtain | |
| | Temp: | |
| | Pulse: 85 | |
| | Resp: 30   SPO2: 92% | |
| | Weight: | |
| | | |
| | Offender refused RHU orientation:   Yes   (Circle) | |
| | Offender refused Vital Signs:   Yes   (Circle) | |
| | Signature: unable to sign d/t restraints may 0- J Johnson LPN | |

*Revision Date: 2/23/07*

Exhibit K

VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form 720_F17_10-21

## Health Services Complaint and Treatment Form

**Facility:**  Pocahontas State Correctional Center

**Inmate/CCAP**
**Probationer/Parolee**
**Name:**  Blake                     Isaw            DOC#  110640S
            *Last*                   *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5-6-22 10:30pm Refused. | c:) Evaluation following alleged altercation | |
| | O:) Inmate reports feeling fine. refused vitals. mild swelling noted to Cheekbone L side. Denies blurred vision. Reports having elbow pain in certain positions. Full ROM noted no deformities noted. A+Ox3, Respirations even and non labored. Skin warm and dry. I:) Per nursing guidelines Give Tylenol 500mg 2 tab PO BID X 5days PRN Schedule to see MD 5-9-22. noted 5-6-22 @ 10:10 AM V Grossion. Noted A. Mille RN 5/6/22 3:22am | V. Grossion [signature] |
| 5-9-22 | Inmate refused s/c c MD | [signature] |
| 9/13/22 | After return - FM attack office - He C c reflux II ZV → Copy to lab noted 09-13-2022 @ 0900 [signature] LPN Noted 9/13/22 @ A.Cain? RN Jewitt, RN | Copy to lab [signature] |
| 9-13-22 0900 | Nurse to RHU to evaluate inmate following alleged altercation. Inmate A+Ox3. Resp - rapid & shallow. Inmate c/o HA, shoulder & wrist pain. No obvious distress ntd. BP int restraints applied correctly | [signature] LPN |

*Exhibit I*



VIRGINIA
DEPARTMENT OF CORRECTIONS          Health Services Complaint and Treatment Form 720_F17_10-21

# Health Services Complaint and Treatment Form

**Facility:**                                    WALLENS RIDGE STATE PRISON

**Inmate/CCAP
Probationer/Parolee
Name:**          *Blake*               *Isaw*                    **DOC #:**   *1106405*
                  _Last_                 _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9·13·22  3³⁵pm | Inmate received to Wallens Ridge State Prison as a new intake. Verbal and written orientation provided. Inmate verbalized understanding of all intake orientation. Chart to be reviewed for current medications. | *(Callon)* |
| | Arrived at WRSP has large swollen area noted to R side of forehead and R eye swollen shut denies having a hospital visit or x-ray will keep in medical observation until seen by MD. | *C Callon* |
| 9·13·22   3⁵⁰pm | seen in medical status had been in quarant. x 30 days denies contact with COVID positive person denies any symptoms complains of rib, back, ankle, and elbow pain no bruising noted speech clear alert + orientated. walks with limp due to ankle pain MD to see in AM. | *(Callon)* |
| 9·13·22 @ 1705 | C- Soreness Ⓡ ribs + Ⓡ face O- Has swelling Ⓡ face at and above eye and cheek. Declines VS, Wagner RN present. Mentally well. I- Ibuprofen 200 mg ② tabs orally 2x daily for 5 days per Nursing Guidelines so Dr. Mullins S/F (eee) RN | |

# MOBILE IMAGES

*Exhibit F*

Phone: 877-887-3829
Alt Phone: 423-892-9729
FAX: 888-405-0553

# PATIENT REPORT

| | |
|---|---|
| PATIENT NAME: | BLAKE, ISAW |
| DATE OF BIRTH: | 08/09/1982 |
| PATIENT ID: | 246415 |
| FACILITY: | WALLENS RIDGE STATE PRISON |
| ROOM #: | MEDICAL |

| | |
|---|---|
| DATE OF SERVICE: | 09/15/2022 |
| REFERRING PHY. : | MULLINS, BENNY C |
| TECHNOLOGIST: | Mark Miller |
| INTERPRETING COMPANY: | Flex TeleRad, LLC |
| REASON: | PAIN, TRAUMA ARRIVED AT 1350 |

Results Document ID:    859776

---

**PROCEDURE:**    70140 - FACIAL BONES, LESS THAN 3 VIEWS

**FINDINGS :**    Facial pain

FACIAL BONES 3  views:

COMPARISON:  NONE PROVIDED

FINDINGS:
There is no evidence of displaced fracture or dislocation.  The orbits are suboptimally imaged.  The visualized portions of the paranasal sinuses are grossly clear.  There is a double density consistent with soft tissue mass projecting over the frontal bones on the lateral view consistent with hematoma measuring 13 by 37 mm.

**IMPRESSIONS:**    IMPRESSION: Limited evaluation in the absence of a Waters view
1. No acute traumatic osseous abnormality, soft tissue mass likely hematoma over the frontal bone.

**INTERPRETING DOCTOR:**    Curt Liebman MD

**ELECTRONICALLY SIGNED :**    Curt Liebman  MD Thu, Sep 15, 2022 15:53:03 EDT



**Flex TeleRad, LLC is Accredited by The Joint Commission**

# MOBILE IMAGES

*Exhibit G*

**Phone:** 877-887-3829
**Alt Phone:** 423-892-9729
**FAX:** 888-405-0653

## PATIENT REPORT

**PATIENT NAME:** BLAKE, ISAW
**DATE OF BIRTH:** 08/09/1982
**PATIENT ID:** 246415
**FACILITY:** WALLENS RIDGE STATE PRISON
**ROOM #:** MEDICAL

**DATE OF SERVICE:** 09/15/2022
**REFERRING PHY.:** MULLINS, BENNY C
**TECHNOLOGIST:** Mark Miller
**INTERPRETING COMPANY:** Flex TeleRad, LLC
**REASON:** PAIN, TRAUMA
ARRIVED AT 1350

**Results Document ID:** 859774

| | |
|---|---|
| **PROCEDURE:** | 71100 - LEFT RIBS, UNILAT, 2 VIEWS |
| **FINDINGS:** | Left chest pain |
| | LEFT RIBS three views |
| | COMPARISON: NONE PROVIDED |
| | FINDINGS: |
| | There is no evidence of displaced rib fracture or rib lesion. No subcutaneous emphysema is seen. The included visualized portions of the chest reveal no evidence of an active process, no pneumothorax. |
| **IMPRESSIONS:** | IMPRESSION: |
| | Normal, no acute traumatic osseous abnormality. |
| **INTERPRETING DOCTOR:** | Curt Liebman MD |
| **ELECTRONICALLY SIGNED:** | Curt Liebman MD Thu, Sep 15, 2022 15:50:55 EDT |



## Flex TeleRad, LLC is Accredited by The Joint Commission

Exhibit 1



VIRGINIA
DEPARTMENT OF CORRECTIONS    Health Services Complaint and Treatment Form 720_F17_10-21

## Health Services Complaint and Treatment Form

**Facility:** PSCC

**Inmate/CCAP Probationer/Parolee Name:** Blake   Osaw   **DOC#:** 1106405
Last    First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 09.13.2022 0920 | Correct (inmc) urdtd noted On all restraints V obtained Will continue to monitor | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NOT FOR PUBLIC RELEASE

220705 - Pocahontas State Correctional Center

## 09/14/2022 - Original File Name: img969.jpg



Virginia Department of Corrections

**Internal Incident Report**

DOC Location: PSCC Pocahontas State Correctional Center
Report generated by Johnson H E
Report run on 09/14/2022 at 07:53 AM

| Internal Incident Number: | Date/Time of Incident. | DOC Location: | | |
|---|---|---|---|---|
| 6IR-PSCC-2022-000466 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | | |
| Reporting Staff. | McBride, Cody R | Title/Shift: | | |
| Date Reported | 09/13/2022 | Time: | 10:39 AM | |
| Offenders Involved: | | | | |
| Staff Involved: | McBride, Cody R | | | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | GP Dayroom - B-2 | | | |
| Gang Related: | No | Confidential: No | | PREA: No |

Description of Incident.

On the above date at approximately 8:40AM, Officer Sagecy, OIT Poe, and myself were escorting the nurse while she performed temperature checks for B2. When we arrived at the inmate Blake's cell, the inmate involved in the incident, he was immediately hostile about having to wake up for the temperature check. At this point and time I began to move over to the nurse in order to ensure her safety due to the amount of open cells around us. It was at this point that I remember the inmate jumping on top of Sagecy. I remember running over to grab a leg in order to restrain an inmate. The inmate pushed Sagecy off and began to stand over him and it was at this point I grabbed the inmate's arm in order to prevent him from attacking Sagecy. Multiple staff responded and was able to gain control and restrain the inmate. Inmate Blake was then escorted to RHU. No injuries to Report.

| Notifications: | | | |
|---|---|---|---|
| Name: | | Title: | Date/Time Notified: |

| Approved By: | Bogle, David | Title: | SR2 Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: 09-13/2022 | |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Page 1 of 1

O.I.T. McBride standing next to Nurse in order for protection.

NOT FOR PUBLIC RELEASE

220705 - Pocahontas State Correctional Center

## 09/14/2022 - Original File Name: img970.jpg



Virginia Department of Corrections
**Internal Incident Report**

DOC Location: PSCC Pocahontas State Correctional Center
Report generated by: Johnson, H E
Record run on 09/14/2022 at 08:05 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-PSCC-2022-000460 | September 13, 2022 @ 08:30 AM | Pocahontas State Correctional Center | | |
| Reporting Staff | Edwards, Diara L | Title/Shift: | CNA, B Break, Day | |
| Date Reported: | 09/13/2022 | Time: | 10:00 AM | |
| Offenders Involved: | | | | |
| Staff Involved: | Edwards, Diara L | | | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | | |
| Location of Incident: | GP Dayroom - B-2 | | | |
| Gang Related: | No | Confidential: No | | PREA: No |

Description of Incident:

I, D. Edwards CNA was witness to use of force on I. Blake #1106405. I was taking yellow zone temperatures in the yellow zone in B2. Temp Checks had been called twice in the building. When we approached the cell for inmate Blake he was still in the bed. The officer then asked him if he was getting up for his temp check. Inmate Blake then stated "Who the Fuck are you talking to like that?" "I'm getting up." The officer then stated "I was just asking if you were getting up." I will take to you after temperature checks in the office." Inmate then stated "No you will talk to me now." Officer then asked me and two OIT's to step aside for precautionary measures. Inmate then continued to escalate situation. Officer asked inmate to cuff up multiple times and he continued to refuse. Spray was then utilized on inmate. End of Report.

| Notifications: | | | | |
|---|---|---|---|---|
| Name: | | Title: | | Date/Time Notified: |
| | | | | |
| Approved By: | Boyle, David | Title: | S&I Lieutenant | |
| Action Taken: | Approved | Review Date: | 09/13/2022 | |
| Investigation: | No | Assigned to: | | |
| Comments: | | | | |

Page 1 of 1

Exhibit B-3

NOT FOR PUBLIC RELEASE

220705 - Pocahontas State Correctional Center

## 09/14/2022 - Original File Name: img968.jpg



| Virginia Department of Corrections | | DOC Location: PSCC Pocahontas State Correctional Center |
| Internal Incident Report | | Report generated by Johnson, H E |
| | | Report run on 09/14/2022 at 09:03 AM |

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | |
|---|---|---|---|
| IIR-PSCC-2022-000479 | September 13, 2022 @ 08:40 AM | Pocahontas State Correctional Center | |
| Reporting Staff: | Poe, Jack A | Title/Shift: | |
| Date Reported: | 09/13/2022 | Time: | 03:32 PM |
| Offenders Involved: | 1108465 | Blake, Isaac W | B-2-229-T |
| Staff Involved: | Poe, Jack A | | |
| Visitors Involved: | | Others Involved: | |
| Type of Incident: | Serious assault on an employee, volunteer, or visitor | | |
| Location of Incident: | GP Dayroom - B-2 | | |
| Gang Related: | No | Confidential: No | PREA: No |

Description of Incident:

On today's date at approximately 8:40am I was walking with Officer Sagady conducting temperature checks. Inmate Blake became belligerent with officer Sagady. The inmate jumped on officer Sagady at which point I moved in and grabbed the inmate's legs to assist Officer Sagady in regaining control. During the struggle I was thrown into the cell door hitting my left elbow and scratching my right hand. Multiple staff responded inmate was restrained and escorted to the RHU. After the incident I went to medical and saw Dr. Laird. Dr. Laird referred me to the emergency room at BRMC at approximately 10am. I had x-rays of my left elbow taken and blood drawn for testing. I arrived back at the facility at 2pm. End of report.

| Notifications: | | |
|---|---|---|
| Name: | Title: | Date/Time Notified: |

| Approved By | Bogle, David | Title: | S&I Lieutenant |
|---|---|---|---|
| Action Taken: | Approved | Review Date: | 09/13/2022 |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Page 1 of 1



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_6-21
RECEIVED GRIEVANCE DEPT.

## Written Complaint          JUN 1 2 2023

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*. WALLENS RIDGE STATE PRISON
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Isaw Blake | 1106405 | C-1-134-B |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| (Records Department) John Doe #1 John Doe #2 (Transport Officer) | 6/7/23 / 10:45 am Approx |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

**TO:** Unit Manager Boyd

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

Wend, June 7, 2023 approx 10:45am, I returned to WRSP from a day at Court with my
attorney. My Attorney provided me with a Copy of my Indictment, Discovery forms, Attorneie's
name and Number and address along with the Commonwealth's Plea bargan.
Transporting Officers John Doe #1 and #2 ~~Kep~~ Kept my Privileged Mail, Legal Mail from me
ordering me to Request Copies from Records Department. I sent a request asking for my
documents 6-7-2023... Today 6-12-2023 and No document.

| Offender Signature: Isan Blake #1106405 | Date: 6-12-2023 |
|---|---|

**Offenders - Do Not Write Below This Line**

Date Received: 6-12-23   Response Due: 6-27-23   Log Number: WRSP-23-INF-02431

Assigned to: Records

**Action Taken/Response:**

No copies have been received by the Records
Dept in reference to this Case.

| Respondent Signature | KBooth Records Manager | Date |
|---|---|---|
| | Printed Name and Title | |

RECEIVED
OMBUDSMAN
JUN 2 2 2023
COMPLIANCE UNIT
WESTERN REGION

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action
on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a
new *Written Complaint* as long as the original 15-day time limit has not expired.

RECEIVED GRIEVANCE DEPT.
JUN 1 5 2023
WALLENS RIDGE STATE PRISON

| Offender Signature: | | Date: |
|---|---|---|
| Staff Witness: | | Date: |

VIRGINIA DEPARTMENT OF CORRECTION   *Revision Date: 6-2-21*

Virginia Department of Corrections

**Offender Grievance Response - Level I**

*Exhibit: T*

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Ravizee, B J

Report run on 02/06/2023 at 12:57 PM

---

**Offender Name:** Blake, Isaw W

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Unfounded

**DOC #:**1106405

**Housing:** C-1-134-B

**Grievance Number:** WRSP-23-REG-00008

**Finding Reason:**

---

LEVEL I:      Level 1 Response                              (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state on 1-4-2023, the strike force confiscated your TV because it had two different state numbers, one did not match the number on your face card. Your suggested remedy is for the purchase date, ID, and order # be verified and the TV returned to you.

**Results of the Informal Process:** You attached the Notification of Confiscation of Property Form to your grievance.

**An Investigation into your complaint Indicates:** You provided proof of purchase for a TV on 4-8-2022. However, property staff determined that the seal on the TV had been tampered with making the TV altered.

**Procedure:** Operating Procedure 802.1 Offender Property governs this issue.

In accordance with the above information, this grievance is **Unfounded.** I find no violation of procedure. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

---

| Level I Respondent Signature | Date 2-6-2023 |
|---|---|
| I wish to appeal the Level I response because: | |
| | |
| | |
| | |
| | |
| | |
| Offender Signature | Date |



VIRGINIA
DEPARTMENT OF CORRECTIONS

*Exhibits. T*

Regular Grievance  866_F1_10-20

WRSP 23 REG

## Regular Grievance

Log Number: 00008

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

_(Blake, Isaac)_     # _1106405_     _C1-129-T_
Offender Name (Last Name, First)    Offender Number    Housing Assignment

_Strike Force_     _1-4-23_   APPROX PVO 39am
Individuals Involved in Incident:    RECEIVED Date/Time of Incident

**Results of the Informal Complaint Process** (Select one of the below)

- [ ] *Written Complaint* on this issue attached
- [x] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

JAN 0 6 2023

WALLENS RIDGE STATE PRISON

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 1-4-23, Strike Force Confiscated my 13' Amp.d Flat Screen TV Claiming that one of the numbers on my State number number does not Match my State numb on my face Card on my door, therefore my TV is altered Please verify the purches Date of the item in question as well as the Authenticy of my State number # 1106405

See attached receipt
Order # 20293184
Order Date: 04-08-22
I D: 1106405

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To have my TV returned to Me Please

_Isaac Blake_ # 1106405     1-5-23
Offender Signature          Date

Fichier

Exhit D

RECEIVED GRIEVANCE DEP.
FEB 0 2 2023
AT STATE PRISON

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

**Regular Grievance**     Log Number: _____

**Instructions for Offender**
- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Blake, Isaw     110640S     C-134-B.
Offender Name (Last Name, First)   Offender Number   Housing Assignment

C/o Sagady     1-4-2023   1   10:39 am
Individuals Involved in Incident:     Date/ Time of Incident

**Results of the Informal Complaint Process** (Select one of the below)
- [x] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:**   (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 1-4-23 Members from Pscc conducted a shake down here a WRSP on C-1 Pod. At 10:39 am on 1-4-23, after my Cell was shook down C/o Sagady walked up to my Cell and said to me. "You still look like shit. I can't take your life but I'll take your crap, And you'll See that I got friends out here. I aint done George."

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

I want C/o Sagady Fired and I want a "Stay-away-order" placed on C/o Sagady and every other Staff Member whom was involved in Assaulting me at Pscc, on 9-13-22

**Offender Signature**     **Date**

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint**

mailed
1.9.23

RECEIVED

JAN 18 2023

JAN 06 2023

WALLENS RIDGE STATE PRISON

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| | | |
|---|---|---|
| Blake, Isaw | #1106N05 | C-129 T   C-134 |
| Offender Name | Offender Number | Housing Assignment |
| C/o Sagady | | 1-4-23  /  10:39 am |
| Individuals Involved in Incident | | Date/ Time of Incident |

TO: — *Lt. Boyd*
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):** On 1-4-23 Members from PSCC Conducted a Shake down here at WRSP on C-1 Pod. At approx. 7:30 am; a very skinny officer wearing glasses came to my Cell-129 then yelled out to C/o Sagady (who led a Mob attack against me on 9-13-22 at PSCC) "Hey, Sagady eres Blake's Cell!" At that moment I was again afraid for my life. I then got up and looked into the Pod and saw C/o Sagady with other officers, they were all pointing and grinning and laughing at me. Officers then escorted me into the middle of the Pod to stand directly infront of C/o Sagady... it was Humiliating and ad very painful to see him after what he had done to me. Now 10:39am on 1-4-23, after my Cell was Shook down, I was escorted into my room. C/o Sagady walked up to my Cell and Said to me. "You Still look like shit. Can't take your life but I'll take your crap. And you'll see that I get "friends out here. I aint done, George!"

Offender Signature: _Isaac Blake #1106405_ Date: _1-5-23_

**Offenders - Do Not Write Below This Line**

Date Received: 01/18/2023   Response Due: 02/02/2023   Log Number: PSCC-23-INF-00573

Assigned to: Major

Action Taken/Response:

AFTER SPEAKING WITH OFFICER SAGADY NO OFFICERS FROM PSCC SEARCHED INMATE BLAKE'S CELL. AND THE ABOVE ACCUSATIONS DID NOT OCCUR. OFFICER SAGADY DID NOT TALK TO INMATE BLAKE AT THIS TIME.

| | | |
|---|---|---|
| Mg Watts | MAJOR J. WATTS | 1-25-2023 |
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS                    Revision Date: 6/21/21