CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

APR 12 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

# Affidavit

On Sept. 13, 2022, I was resting in bed when officer T. Sagady opened my door in B2 Pod Cell 229 and yelled, "Get your ass up!"
I woke up. I saw the Nurse D. Edwards. I placed on my slippers and walked to the door in order to check my temprature for Covid-19.
I complied with taking my temprature and Nurse D. Edwards went to the next cell.
T. Sagady then asked me "Why am I such a Bitch?"
I laughed... I hunched up my shoulders and asked T. Sagady "What do you want man?"
T. Sagady pulled out his Mase and ordered me onto my knee's. But I refused, then asked "What for?"
T. Sagady yelled, "Get on your fucking knees!!!"
I asked T. Sagady not to spray me, because I have a heart Murmur and having trouble breathing after Covid.
T. Sagady then stated that I have three seconds to get on my knee's. I'm afraid at this point so I asked for a Sargeant or a Lieutenant. This is when T. Sagady assaulted me by spraying me in my face mouth and eyes and nose area.

1

I was blinded. I tried to run pass the T. Sagady which is when T. Sagady and two other officers by name of J. Poe and McBride all ganged up against me choking and punching me.

More officers entered into B2 Pod to further the assault. I went to my knee's at this point and tried to explain which is when I was sprayed again then thrown to the floor. I was then Hog Tied. Then lifted up by the Officers restraints and then escorted by carring me to RHU, by officers; David Bogle, Jeremy Remines, Justin ~~Sarp~~ Salyers, Bobby J. Dye, Dusty L. Cline, Erwin C. Browning, J. Edmonds, J. Poe, T. Sagady, Sargent T. Joseph, R. McBride, and Roger Hylton. While in RHU; I was placed inside a shower. While in that shower my clothes were cut off of me and I was kicked and punched in my face and head by officers named in this paragraph. Then picked up and drugged to a cell in RMU and placed into five Point Restraints and left for hours while denied medical attention. I explained to Nurse J. Johnson that my head, shoulders and back hurt! My Cry for help was ignored and I was transfered to Wallens Ridge State Prison and not seen at the ER, for for injuries to My Head back and Shoulders, and wrists.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and accurate copy of the Plaintiff's Affidavit was mailed by postal to the office of the Clerk of Court at United States District Court, 210 Franklin Road., # 540; Roanoke, Va 24011, on this date 4/10/2024.

Isaau Waleed Blake # 1106405
Wallens Ridge State Prison
272 Dog wood Drive
Big Stone Gap, Va 24219

Date: 4/10/2024                 Isaau Blake