**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ISAW WALEED BLAKE, # 1106405,

    Plaintiff,

v.                                          Case No. 7:23-cv-00381

T. JOSEPH, et al.

    Defendants.

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF ADMISSIONS**

    Defendants respond to Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's First Set of Admissions (ECF #76) as follows:

    On April 15, 2024, the court ordered that Defendants respond to Plaintiff's request for admission by May 6, 2024 (ECF #74). Unfortunately, in preparation for a jury trial that took place on May 16-17, 2024, Defendants' counsel missed the deadline and forgot to request a motion to enlarge the time to file. On May 20, 2024, Defendants' counsel drafted and mailed the responses to Plaintiff's First Set of Admissions. A copy of that response is attached as an Exhibit to this Response.

    As the court will note from the exhibit, Defendants object to some of the language from the requests for admission, but they do admit, at least in part, each of the Plaintiff's requests. Since the Defendants have admitted to what they feel is the substance of Plaintiff's requests, Defendants respectfully request this court to allow this response to serve as a request for an extension of time and deem the attached Exhibit as timely filed.

Respectfully submitted,

By:     s/ Andrew R. Page
Andrew R. Page, AAG, VSB #80776
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-4805
Fax: (804) 786-4239
E-mail: arpage@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2024, I electronically filed the foregoing Response using the CM/ECF system which will send notification of such filing to the following:

N/A

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

VADOC Centralized Mail Distribution Center
Isaw Waleed Blake, #1106405
3521 Woods Way
State Farm, Virginia 23160

s/ Andrew R. Page
Andrew R. Page, AAG, VSB #80776
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-4805
Fax: (804) 786-4239
E-mail: arpage@oag.state.va.us