CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

AUG 15 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Virginia:

## IN THE UNITED STATED DISTRICT COURT FOR THE

## WESTERN DISTRICT OF VIRGINIA

Roanoke                Division


ISAW WALEED BLAKE,

              Plaintiff,


V.                          Civil Action No., 7:23 cv 381


SARGENT T. JOSEPH, et al.,

                  Defendants.


## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF

## DOCUMENT


Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that
the defendants produce the documents listed within 30 days,
either by providing the plaintiff with Copies or by making
them available to the plaintiff for inspection and Copying.

1

1. Any and all Grievances, Complaints, or other documents received by/against prison staff Defendants; or his agents at Pocahontas State Correctional Center Concerning the mistreatment of inmates by Defendants; and any Memoranda, investigative files, or other documents created in response to such complaints, Since September 13, 2018.

2. Any and all policies, directives, Or instructions to Staff Concerning the Use of tear gas Or other chemical agent by Pocahontas State Correctional Center, Staff.

3. Any and all policies, directives, Or instructions to staff Concerning the Use Of force/Or Excessive Use Of force by Pocahontas State Correctional Center, Staff.

4. Any and all policies, directives, Or instructions to staff governing sick call procedures, both in general population and in Segregation.

5. Any Sick call request forms from January 1, 2022, to the date of your response

2

6. All and any Temprature Check, Covid-19 Yellow Zone/ Nurse Call Medical records from April 1, 2021, to the date of your response.

7. The plaintiff's complete medical record from May 30, 2002, to the date of your response.

8. Any log's lists, Or other documentations reflecting Grievances filed by Pocahontas State Correctional Center inmates from September 13, 2018, to the date of your response.

9. Any and all documents created by any Pocahontas State Correctional Center Staff members Or Any Other Department of Correction employee Or officials in response to a grievance filed by the plaintiff from arriving at Pocahontas State Correctional Center as New Intake to the date of your response.

10. Any and all documents, including but not limited to Use Of force / Deaths, Excessive Use Of Force reports Created by any Pocahontas State Correctional Center Staff Member Or any other Department Of Correction employee Or officials Concerning any Use Of Force / Excessive Use Of force incident involving the plaintiff on Or about September 13, 2022, or any investigation or action Concerning that incident.

Date: 1-7-2024

Isaw Blake # 1106405
Wallens Ridge State Prison
272 Dogwood Drive
Big Stone Gap, Virginia 24219

Signature: Isaw Blake

C.C., Made on 8-2-2024

4

## CERTIFICATE OF SERVICE

I, ISAW WALEED BLAKE, do hereby certify that on
8-4-2024, a complete and true copy of the Plaintiffs' first
Request for Production of Document as well as the Defendants
Objections and Responses to the Plaintiffs' request and the
Judgs Order were mailed to the Clerk of Court at
210 Franklin Road., Room 540; Roanoke, Virginia 24011.

Date: 8-4-2024

Isaw Waleed Blake #1106405
Wallens Ridge State Prison
272 Dog wood Drive
Big Stone Gap, Virginia 24219
         PRO SE PARTY

Isaw Blake, #1106405
Wallens Ridge State Prison
272 Dog Wood Drive
Big Stone Gap, Virginia 24219

RECEIVED

AUG 15 2024

USDC Clerk's Office
Mail Room

Received
Mailroom

AUG 05 2024

Wallens Ridge
State Prison

United States District Court
Office Of The Clerk
210 Franklin Road, room 540
Roanoke, Virginia 24011





Mailed Out: 8-4-2024