**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CIVIL MINUTES – BENCH TRIAL**
Day 1

**Case No.:  7:23cv00381**                                    **Date:  2/4/2026**

---

**Isaw Waleed Blake**                            Counsel:  pro se
Plaintiff(s)


v.
                                                Counsel:  Cristina Agee, Meghan Lackey--
                                                OAG
**Sargent, et al**
Defendant(s)

---

TIME IN COURT:  9:14-10:55, RECESS.  11:10-1:12; RECESS.  2:03-4:22, RECESS. 4:37-5:05, RECESS. 5:17-5:46, RECESS. 6:39-7:18

TOTAL TIME: 7hrs 8 min

PRESENT:      JUDGE:          Robert S. Ballou
              Deputy Clerk:   Kelly Brown
              Court Reporter: Sindie Bragg


### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Joseph T. Sargent, sworn | 1.Brandon K. Smith, remains under oath |
| 2. John Edmunds, sworn | 2. David Lee, sworn |
| 3.  Erwin C. Browning, sworn | 3. Erwin Browning, remains under oath |
| 4. Rodney Whited, sworn | 4. Justin Salyers, remains under oath |
| 5. Diara Edwards, sworn | 5. John Edmunds, remains under oath |
| 6. Brandon K. Smith, sworn | |
| 7.  Jeremy S. Remines, sworn | |
| 8. Cody R. McBride, sworn | |
| 9. Justin Salyers, sworn | |
| 10. Dusty L. Cline, sworn | |
| 11.  Isaw Blake, sworn | |

PROCEEDINGS:

☒      Opening Statements.

☒      Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.

☒      Plaintiff presents/continues presentation of evidence. Joseph Sargent, Sworn.  D7.  Cross. D15, D16.  Redirect.  P-B,1-18.  Witness excused.  John Edmunds, sworn.  D5. D24. No cross.  Witness excused. Erwin Browning, sworn. P-C, 1-3. Objection. Court admits for

purposes of low back pain. D24. Cross. Redirect. Witness excused. Recess.  Rodney Whited, sworn.  D16 reviewed. Objection. Sustained. Cross.  D17. Witness excused. Diara Edwards, sworn. D14. P-L. P2 (audio recording).  D16 reviewed. No cross. Witness excused. Brandon Smith, sworn. D16 reviewed. Cross.  Redirect.  Witness excused.  Jeremy Remines, sworn. D8. Cross.  Redirect. D16 reviewed. Witness excused. Cody McBride, sworn. No cross. Witness excused.  Justin Salyers, sworn.  D16 reviewed. D24 reviewed. Cross. Redirect. D18. Witness excused. Court addresses parties about what is to come.  Recess.  Court addresses parties and reviews the mailings from Mr. Blake that arrived in today's mail in the Clerk's office in Roanoke.  In re: Motion to Admit Camera Recordings received today, P13 and P15 excluded. Motion for Subponeas received today is denied as untimely.  Dusty Cline, sworn. No cross. Witness excused. Isaw Blake, sworn. Testifies by narrative.  D27 reviewed, PJ, PK.  Cross.  Redirect.

☒ Plaintiff rests.

☒ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
Court ☐ grants ☐ denies ☒ takes under advisement

☒ Defendant presents/continues presentation of evidence.   Brandon Smith, remains under oath. D27. Cross.  Witness excused.  David Lee, sworn. D24 reviewed. Cross. No redirect. Witness excused.  Erwin Browning, remains under oath.  D24 reviewed. Cross. No redirect.  Justin Salyers, remains under oath. D24 reviewed. Cross. Redirect.  Court addresses witness. Redirect continues. D18 reviewed. Witness excused.  Recess.  John Edmunds, remains under oath.  D24 reviewed. Cross.  Rodney Whited, remains under oath. D24 reviewed.  Cross.  D16 reviewed. No redirect.

☒ Defendant rests.

☒ Defendants renew their Motion for Judgment as a Matter of Law/Directed Verdict.
Court ☐ grants ☐ denies ☒ takes under advisement.

☒ Closing Arguments. Rebuttal argument.


☒ Court ruling from the bench in favor of defendants with reasons stated on the record.
☒ Court advises plaintiff of his right to appeal.




Additional Information:
Parties present.  Plaintiff is pro se.  Defendant's represented by counsel.
Court addresses parties.  Housekeeping matters taken up.  DE217, denied in part/granted in part.
Court moves all submitted exhibits into evidence.