✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Isaw Waleed Blake
V
Sargent, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 7:23cv381

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Robert S. Ballou | Pro Se | Cristina Agee, Meghan Lackey | |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY | |
| 2/4/2026 | Sindie Bragg | Kelly Brown | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| x | | 02/4/2026 | | | Joseph T. Sargent, sworn | |
| D7 | | 02/4/2026 | x | x | D7-Internal Incident Report,  Sargent | Sargent |
| | D15 | 02/4/2026 | x | x | D15-pod video | Sargent |
| | D16 | 02/4/2026 | x | x | D16-video, removing Plaintiff from pod | Sargent |
| P-B,1-18 | | 02/4/2026 | x | x | P-B,10-18--OP420.1 (ECF209), page 9b,ii,a,b | Sargent |
| x | | 02/4/2026 | | | John Edmunds, sworn | |
| D5 | | 02/4/2026 | x | x | D5-Internal Incident Report, Edmonds | Edmunds |
| D24 | | 02/4/2026 | x | x | D24-video PSCC RHU doors/shower area | Edmunds |
| x | | 02/4/2026 | | | Erwin C. Browning, sworn | |
| P-C, 1-3 | | 02/4/2026 | x | x | P-C,1-3 medical records (ECF209) | Browning |
| x | | 02/4/2026 | | | Rodney Whited, sworn | |
| | D17 | 02/4/2026 | x | x | D17-video, carrying Blake through hallway from pod | Whited |
| x | | 02/4/2026 | | | Diara Edwards, sworn | |
| D14 | | 02/4/2026 | x | x | D14-Internal Incident Report-Edwards, Diara | Edwards |
| P-L | | 02/4/2026 | x | x | P-L,1-2 | Edwards |
| P-2 | | 02/4/2026 | x | x | P-2, Audio recording Diara Edwards narrative/interview | Edwards |
| x | | 02/4/2026 | | | Brandon K. Smith, sworn | |
| x | | 02/4/2026 | | | Jeremy S. Remines, sworn | |
| D8 | | 02/4/2026 | x | x | D8-Incident Report | Remines |
| x | | 02/4/2026 | | | Cody R. McBride , sworn | |
| x | | 02/4/2026 | | | Justin Salyers, sworn | |
| D18 | | 02/4/2026 | | | D18-video, hand-held camera | Salyers |
| x | | 02/4/2026 | | | Dusty L. Cline, sworn | |
| x | | 02/4/2026 | | | Isaw Blake, sworn | |
| D27 | | 02/4/2026 | x | x | Photos of defendant | Blake |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 1 of 2

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Isaw Waleed Blake
V
Sargent, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 7:23cv381

| PRESIDING JUDGE Robert S. Ballou | | | PLAINTIFF'S ATTORNEY Pro Se | | | DEFENDANT'S ATTORNEY Cristina Agee, Meghan Lackey | |
|---|---|---|---|---|---|---|---|
| TRIAL DATES 2/4/2026 | | | COURT REPORTER Sindie Bragg | | | COURTROOM DEPUTY Kelly Brown | |
| PJ,1-7 | | 02/4/2026 | x | x | Photos of defendant | | Blake |
| PK | | 02/4/2026 | x | x | Photo of pod tier | | Blake |
| | x | 02/4/2026 | | | Brandon K. Smith, remains under oath | | |
| | X | 02/4/2026 | | | David Lee, sworn | | |
| | x | 02/24/2026 | | | Edwin Browning, remains under oath | | |
| | x | 02/4/2026 | x | x | Justin Salyers, remains under oath | | |
| | x | 02/4/2026 | | | John Edmunds, remains under oath | | |
| | x | 02/4/2026 | | | Rodney Whited, remains under oath | | |
| | | | | | | | |
| | | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.