CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 09, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| ISAW WALEED BLAKE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:23cv00381 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOSEPH T. SARGENT, et al., | ) | By: Robert S. Ballou |
| Defendants. | ) | United States District Judge |

This matter was heard at a bench trial conducted on February 4, 2026.  Following the opening statements by Plaintiff and counsel for Defendants, Plaintiff presented his evidence. Defendants moved for judgment at the conclusion of plaintiff's evidence, pursuant to FED. R. CIV. P. 52(c), and for the reasons stated on the record, the Court entered judgment as to Defendants David Lee, Roger Hylton, Cody McBride, J. Edmonds, Dusty Cline, Bobby Dye, and Daniel Smith.

Thereafter, the remaining defendants presented their evidence and Plaintiff presented rebuttal testimony. At the conclusion of the closing arguments, the Court announced on the record its findings of fact and conclusions of law as required under FED. R. CIV. P. 52(a) finding in favor of defendants Joseph Sargent, Rodney Whited, Brandon Smith, Jeremy Remines, Justin Salyers, and David Bogle.

Having heard all of the evidence and announced its findings of fact and conclusion of law, **JUDGMENT** is entered in favor of all defendants and Plaintiff shall take nothing.

The Clerk shall strike this matter from the active docket of the court.

Enter:  February 9, 2026

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge